# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, on behalf of Himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>(1) SANDRIDGE ENERGY, INC.<br>(2) SANDRIDGE MISSISSIPPIAN TRUST I,<br>(3) SANDRIDGE MISSISSIPPIAN TRUST II,<br>(4) TOM L. WARD,<br>(5) JAMES D. BENNETT,<br>(6) MATTHEW K. GRUBB,<br>(7) RANDALL D. COOLEY,<br>(8) JIM J. BREWER,<br>(9) EVERETT R. DOBSON,<br>(10) WILLIAM A GILLILAND,<br>(11) DANIEL W. JORDAN,<br>(12) ROY T. OLIVER, JR.,<br>(13) JEFFREY S. SEROTA,<br>(14) D. DWIGHT SCOTT,<br>(15) RAYMOND JAMES & ASSOCIATES, INC.,<br>(16) MORGAN STANLEY & CO., LLC,<br>(17) MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br>(18) CITIGROUP GLOBAL MARKETS, INC., and<br>(19) RBC CAPITAL MARKETS, LLC<br><br>   Defendants. | Case No. CIV-15-0634-M |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND SCHEDULING ORDER

WHEREAS Plaintiff Duane & Virginia Lanier Trust filed its complaint in the above captioned case on June 9, 2015 against the Defendants named in the caption above (collectively "Defendants") alleging certain violations of the federal securities laws;

WHEREAS the Private Securities Litigation Reform Act (15 USC § 77z-1)

provides for the appointment of a lead plaintiff in putative securities class actions including this action;

WHEREAS Plaintiff has indicated that it intends to file a motion in the near future seeking appointment as lead plaintiff and approval of its counsel as lead counsel in this matter;

WHEREAS if the Plaintiff is appointed lead plaintiff and its counsel is approved, Plaintiff intends to file a consolidated amended complaint following such appointment. (The Parties anticipate that regardless of who is appointed as lead plaintiff in this case, their counsel will file a consolidated amended complaint); and

WHEREAS the Plaintiff and the Defendants have agreed to extend the Defendants' time to answer or otherwise respond to the present complaint until after a lead plaintiff is appointed and a consolidated amended complaint is filed, while reserving all other defenses and arguments;

Now, therefore, the Parties jointly move the Court to stay Defendants' obligation to respond to the existing complaint and to set the following schedule for the filing of a consolidated amended complaint and pleadings or motions responsive thereto;

Pursuant to Local Civil Rule 7.1(h), the Parties state that Plaintiffs' commenced serving Defendants on or about June 11, 2015, and an Answer or other responsive pleading must be filed within 21 days of service pursuant to Fed. R. Civ. Proc. 12(a). The schedule proposed in this joint motion would enlarge and extend both the Defendants' deadline to respond to the Complaint and the deadline to respond to the

consolidated amended complaint, if and when filed, as well as the regular briefing schedule for Motions established in Local Civil Rule 7.1(g) and (i).

1. Within 45 days of entry of the Order appointing lead plaintiff, the lead plaintiff will file a consolidated amended complaint.

2. Defendants will have 60 days after the filing of the consolidated amended complaint to file a motion to dismiss or other responsive pleading.

3. Plaintiff(s) will have 60 days after the filing of the motion to dismiss, if one is filed, in which to file its (their) opposition.

4. Defendants will have 30 days after the filing of the opposition papers in which to file their reply, if any.

5. In light of the anticipated filing of a consolidated amended complaint, Defendants shall have no obligation to answer or move in response to the existing complaint on file in this action.  All defenses to the existing complaint are reserved.

6. This represents the first request for an extension of time for any of the Defendants to respond to the complaint in this case.  This request will not impact the trial date or any other deadline in this case as no other deadlines have been set.

7. A proposed order is filed concurrently herewith.

WHEREFORE, the Parties respectfully request that the Court enter an order setting the requested schedule for the filing of and responses to a consolidated amended complaint.

Respectfully submitted,

*s/Nicholas G. Farha*
Nicholas G. Farha, OBA # 21170
Farha Law, PLLC
6301 Waterford Blvd., Suite 110
Oklahoma City, OK 73102-8273
(405) 471-2224
(405) 810-9901 (Facsimile)
nick@farhalawfirm.com

ATTORNEYS FOR PLAINTIFF DUANE & VIRGINIA LANIER TRUST

OF COUNSEL

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, NY  10016
(212) 868-1060
(212) 202-3827 (Facsimile)

WOHL & FRUCHTER, LLP
J. Elazar Fruchter
570 Lexington Avenue, 16th Floor
New York, NY  10022
(212) 758-4000
(212) 758-4004 (Facsimile)


Respectfully submitted,

/s/ *Mitchell D. Blackburn*
Mitchell D. Blackburn, OBA #12217
Kiran A. Phansalkar, OBA #11470
CONNER & WINTERS, LLP
211 N. Robinson, Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695

Email: mblackburn@cwlaw.com

ATTORNEYS FOR DEFENDANT SANDRIDGE ENERGY, INC.

*s/Thomas B. Snyder*
Thomas B. Snyder, CA #211230
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
thomas.snyder@crowedunlevy.com

ATTORNEYS FOR DEFENDANTS JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, AND D. DWIGHT SCOTT

Respectfully submitted,

*s/George S. Corbyn, Jr.*
George S. Corbyn, Jr., OBA # 1910
CORBYN HAMPTON, PLLC
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, OK 73102
(405) 239-7055

ATTORNEYS FOR DEFENDANT TOM L. WARD

Respectfully submitted,

*s/Ryan S. Wilson*
Ryan S. Wilson
WILSON LAW FIRM
Post Office Box 891390
Oklahoma City, OK  73189
Phone: 405.246.0092
Fax:     405.246.9652

Email: ryan@RSWilsonlaw.com

ATTORNEYS FOR SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II

Respectfully submitted,

*s/Robert A. Nance*
Michael C Turpen
Robert A. Nance
RIGGS ABNEY NEAL TURPEN ORBISON LEWIS
528 N.W. 12th Street
Oklahoma City, OK 73103
405-843-9909
Fax: 405-842-2913
Email: mturpen@riggsabney.com
Email: rnance@riggsabney.com

ATTORNEYS FOR RAYMOND JAMES & ASSOCIATES INC., MORGAN STANLEY & CO. LLC, MERRILL LYNCH PIERCE FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., RBC CAPITAL MARKETS LLC

## **CERTIFICATE OF SERVICE**

I certify that on the 19th day of June, 2015, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate ECF registrants.

By: *s/ Thomas Snyder*