### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUANE & VIRGINIA LANIER TRUST, on behalf of Himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-15-634-M |
| SANDRIDGE ENERGY, INC., SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT SCOTT, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO., LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS, INC., and RBC CAPITAL MARKETS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### **ORDER**

Before the Court is the Joint Motion for Extension of Time to Respond to Plaintiff's Complaint and Scheduling Order, filed June 19, 2015. Upon review of the joint motion, and for good cause shown, the Court GRANTS the Joint Motion for Extension of Time to Respond to

Plaintiff's Complaint and Scheduling Order [docket no. 12] and SETS the following schedule in this case:

1. Within forty-five (45) days of entry of the order appointing a lead plaintiff, the lead plaintiff will file a consolidated amended complaint.

2. All defendants will have sixty (60) days after the filing of the consolidated amended complaint to file a motion to dismiss or other responsive pleading.

3. Plaintiff(s) will have sixty (60) days after the filing of the motion to dismiss, if one is filed, in which to file its (their) response.

4. Defendants will have thirty (30) days after the filing of the response in which to file their reply, if any.

5. In light of the anticipated filing of a consolidated amended complaint, defendants shall have no obligation to answer or move in response to the existing complaint on file in this action. All defenses to the existing complaint are reserved.

**IT IS SO ORDERED this 24th day of June, 2015.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE