## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, on behalf of Himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| (1) SANDRIDGE ENERGY, INC. (2) SANDRIDGE MISSISSIPPIAN TRUST I, (3) SANDRIDGE MISSISSIPPIAN TRUST II, (4) TOM L. WARD, (5) JAMES D. BENNETT, (6) MATTHEW K. GRUBB, (7) RANDALL D. COOLEY, (8) JIM J. BREWER, (9) EVERETT R. DOBSON, (10) WILLIAM A GILLILAND, (11) DANIEL W. JORDAN, (12) ROY T. OLIVER, JR., (13) JEFFREY S. SEROTA, (14) D. DWIGHT SCOTT, (15) RAYMOND JAMES & ASSOCIATES, INC., (16) MORGAN STANLEY & CO., LLC, (17) MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., (18) CITIGROUP GLOBAL MARKETS, INC., and (19) RBC CAPITAL MARKETS, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.  CIV-15-0634-M |
| Defendants. | ) ) |

## MOTION FOR ADMISSION OF WILLIAM STEPHEN BENESH
## TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rules 83.2(g) and 83.3(a), the undersigned counsel comes before the Court and moves for the admission of William Stephen Benesh to practice before this Court *pro hac vice* as counsel for Defendants SandRidge Mississippian Trust I and SandRidge Mississippian Trust II in this matter.

1.      The undersigned counsel is an active member of the Oklahoma Bar Association, a resident of the State of Oklahoma, is duly admitted to practice in this District, and has entered his appearance as counsel for Defendants SandRidge Mississippian Trust I and SandRidge Mississippian Trust II in the above-captioned case.

2.      The applicant does not reside in Oklahoma and is, as shown by the attached Exhibit 1 - *Request for Admission Pro Hac Vice*, eligible for admission to the bar of this Court as required by Local Civil Rule 83.2(g).

3.      A proposed Order and the fees for admission *pro hac vice* of William Stephen Benesh have been submitted contemporaneously with this motion.

WHEREFORE, the undersigned counsel respectfully requests entry of an Order admitting William Stephen Benesh to practice before this Court on a *pro hac vice* basis as counsel for Defendants SandRidge Mississippian Trust I and SandRidge Mississippian Trust II in this matter.

Respectfully submitted,

s/Ryan S. Wilson
Ryan S. Wilson, OBA #14340
WILSON LAW FIRM
Post Office Box 891390
Oklahoma City, OK  73189
Phone: 405.246.0092
Fax:     405.246.9652
Email:  ryan@RSWilsonlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 26th day of June, 2015, I electronically transmitted the *Motion for Admission to Appear Pro Hac Vice* to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate ECF registrants.

By: <u>s/Ryan S. Wilson</u>
       Ryan S. Wilson