# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) ) Plaintiff, ) ) v. ) ) SANDRIDGE ENERGY, INC., et al., ) ) Defendants, ) | Case No. 5:15-cv-00634-M |

## APPLICATION FOR ADMISSION PRO HAC VICE

COMES NOW the Applicant, Evan J. Kaufman, of the law firm Robbins Geller Rudman & Dowd, LLP, by and through local counsel and moves the Court pursuant to Local Civil Rule 83.2(G), to admit him to practice before this Court solely for the purpose of appearing as counsel for Plaintiff in the above-styled case.

The Applicant states, pursuant to Local Civil Rule 83.3, that he has associated local counsel, Darren Derryberry, of the law firm Derryberry & Naifeh, LLP, 4800 North Lincoln Blvd., Oklahoma City, Oklahoma 73105, who is also personally appearing in this action and who is admitted to practice before this Court.

The undersigned local counsel hereby certifies that Applicant, Evan J. Kaufman, is a member in good standing of the Bar of New York and that a completed Request For Admission *Pro Hac Vice* form is attached hereto.

DATED this 19th day of August, 2015.

Respectfully submitted,

/s/ Darren Derryberry
Darren Derryberry, OBA No. 14542
DERRYBERRY & NAIFEH, LLP
4800 North Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: (405) 528-6569
Facsimile: (405) 528-6462
dderryberry@derryberrylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2015, I electronically transmitted the *Application for Admission Pro Hac Vice* to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate ECF registrants:


/s/ Darren Derryberry