# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, on behalf of Himself and all others similarly situated,

      Plaintiff,

v.

(1)   SANDRIDGE ENERGY, INC.
(2)   SANDRIDGE MISSISSIPPIAN TRUST I,
(3)   SANDRIDGE MISSISSIPPIAN TRUST II,
(4)   TOM L. WARD,
(5)   JAMES D. BENNETT,
(6)   MATTHEW K. GRUBB,
(7)   RANDALL D. COOLEY,
(8)   JIM J. BREWER,
(9)   EVERETT R. DOBSON,
(10) WILLIAM A GILLILAND,
(11) DANIEL W. JORDAN,
(12) ROY T. OLIVER, JR.,
(13) JEFFREY S. SEROTA,
(14) D. DWIGHT SCOTT,
(15) RAYMOND JAMES & ASSOCIATES, INC.,
(16) MORGAN STANLEY & CO., LLC,
(17) MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,
(18) CITIGROUP GLOBAL MARKETS, INC., and
(19) RBC CAPITAL MARKETS, LLC

      Defendants.

Case No.  CIV-15-0634-M

## NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR SANDRIDGE ENERGY, INC., *ET AL.* AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that, on May 16, 2016, SandRidge Energy, Inc. and certain of its subsidiaries and affiliates (collectively, the "<u>Debtors</u>")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Court</u>").  The Debtors' chapter 11 cases are pending before the Honorable David R. Jones, Chief United States Bankruptcy Judge, and are being jointly administered under the lead case *In re SandRidge Energy, Inc.*, Case No. 16-32488.  A copy of the voluntary petition of the lead Debtor, SandRidge Energy, Inc., is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a stay, applicable to all entities, of, among other things:  (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SandRidge Energy, Inc. (4793); 4th Street Properties, LLC (N/A); Black Bayou Exploration, L.L.C. (0561); Braniff Restaurant Holdings, LLC (2453); CEBA Gathering, LLC (6478); CEBA Midstream GP, LLC (0511); CEBA Midstream, LP (7252); Cholla Pipeline, L.P. (5092); Cornhusker Energy, L.L.C. (4609); FAE Holdings 389322R, LLC (N/A); Integra Energy L.L.C. (7527); Lariat Services, Inc. (0702); MidContinent Resources, LLC (6928); Mistmada Oil Company, Inc. (3032); Piñon Gathering Company, LLC (5943); Sabino Exploration, LLC  (1929); Sagebrush Pipeline, LLC (0515); SandRidge CO2, LLC (7903); SandRidge Exploration and Production, LLC (6535); SandRidge Holdings, Inc. (8401); SandRidge Midstream, Inc. (1148); SandRidge Operating Company (1245); SandRidge Realty, LLC (6079); Sierra Madera CO2 Pipeline, LLC (1558); and WTO Gas Gathering Company, LLC (N/A).  The location of the Debtors' service address is:  123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102.

Debtors' cases; or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.[2]  No order has been entered in the bankruptcy case granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by (i) reviewing the docket of the Debtors' chapter 11 cases at http://www.deb.uscourts.gov/ (PACER login and password required), or (ii) contacting any of the following proposed co-counsel for the Debtors:

| | |
|---|---|
| Steven N. Serajeddini | Christopher J. Marcus, P.C. |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP |
| 300 North LaSalle | 601 Lexington Avenue |
| Chicago, Illinois 60654 | New York, New York 10022 |
| (312) 862-2761 | (212) 446-6460 |

Zack A. Clement
Zack A. Clement PLLC
3753 Drummond Street
Houston, Texas 77025
(832) 274-7629

---

[2] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment or any other claims of the Debtors against any party to the above-captioned case.  The Debtors expressly reserve the right to contest any claims which may be asserted against the Debtors.

Respectfully Submitted,

/s/ *Kiran A. Phansalkar*
Kiran A. Phansalkar, OBA #11470
Mitchell D. Blackburn, OBA #12217
CONNER & WINTERS, LLP
211 N. Robinson, Suite 1700
Oklahoma City, OK  73102
Telephone: (405) 272-5711
Facsimile:  (405) 232-2695
Email:   kphansalkar@cwlaw.com
              mblackburn@cwlaw.com

***Attorneys for Defendant***
***SandRidge Energy, Inc.***

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of May 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

            /s/ *Kiran A. Phansalkar*
            Kiran A. Phansalkar