# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. CIV-15-634-M ) |
| SANDRIDGE ENERGY, INC., et al., | ) ) |
| Defendants. | ) |

## ADMINISTRATIVE CLOSING ORDER

Pursuant to the Court being advised of the filing of a petition in Bankruptcy of the defendant, Sandridge Energy, Inc., it is hereby ordered that the Clerk administratively terminate this action in his records, without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation, within thirty (30) days after the termination of the Bankruptcy proceeding.

Parties are further notified that the administrative termination of this action shall in no way affect any applicable statute of limitations, provided that this action was originally filed within the proper time.

IT IS SO ORDERED this 20th day of May, 2016.

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE