# EXHIBIT A

I-2011-002986  Book 0626  Pg: 740
04/14/2011 9:52 am    Pg 0708-0740
Fee:  $ 77.00    Doc:   $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

# Exhibit C
## to Perpetual Overriding Royalty Interest Conveyance (PDP)
### effective January 1, 2011 between
### SandRidge Exploration and Production, LLC, as Assignor and
### SandRidge Mississippian Trust I, as Assignee

Wells

| Well Name | Sec/Twn/Rng | County | State |
|---|---|---|---|
| TUCKER 1-5H | 5-28N-9W | ALFALFA | OK |
| BURNET TRUST 1-10H | 10-28N-9W | ALFALFA | OK |
| PARR 1-9H | 9-28N-10W | ALFALFA | OK |
| TONTO 1-12H | 12-28N-12W | ALFALFA | OK |
| WILMER 1-14H | 14-28N-12W | ALFALFA | OK |
| VICTOR 1-19H | 19-29N-9W | ALFALFA | OK |
| FOLK 1-28H | 28-29N-9W | ALFALFA | OK |
| BARNARD 1-30H | 30-29N-9W | ALFALFA | OK |
| ANGLE 1-32H | 32-29N-9W | ALFALFA | OK |
| GERMAN 1-36H | 36-29N-9W | ALFALFA | OK |
| ANGLE 1-21H | 21-29N-10W | ALFALFA | OK |
| MATNBAY 1-22H | 22-29N-10W | ALFALFA | OK |
| JEFFREY 1-27H | 27-29N-10W | ALFALFA | OK |
| STEPHEN J 1-28H | 28-29N-10W | ALFALFA | OK |
| JOE 1-34H | 34-29N-10W | ALFALFA | OK |
| KENNETH 1-35H | 35-29N-10W | ALFALFA | OK |
| PARR 1-36H | 36-29N-10W | ALFALFA | OK |
| LEWIS 1-24H | 24-29N-12W | ALFALFA | OK |
| LEROY 1-30H | 30-28N-7W | GRANT | OK |
| DOWNING 1-20H | 20-29N-5W | GRANT | OK |
| GREVE 1-29H | 29-29N-6W | GRANT | OK |
| TALON 1-6H | 6-27N-13W | WOODS | OK |
| HIGH ROLLER 1-2H | 2-27N-14W | WOODS | OK |
| JUGGERNAUT 1-10H | 10-27N-14W | WOODS | OK |
| PITCHER 1-11H | 11-27N-14W | WOODS | OK |
| INTRUDER 1-12H | 12-27N-14W | WOODS | OK |
| BRICKMAN 1-19H | 19-27N-14W | WOODS | OK |
| MEYER TRUST 1-10H | 10-28N-13W | WOODS | OK |
| ALMOND 1-22H | 22-28N-13W | WOODS | OK |
| LEXINGTON 1-23H | 23-28N-13W | WOODS | OK |
| WILEY 1-31H | 31-28N-13W | WOODS | OK |
| SUNDANCE 1-4H | 4-28N-14W | WOODS | OK |
| ANGUS 2-9H | 9-28N-14W | WOODS | OK |
| NIDA 1-5H | 5-28N-15W | WOODS | OK |
| PEACEMAKER 1-10H | 10-28N-15W | WOODS | OK |
| HARMONY 1-11H | 11-28N-15W | WOODS | OK |
| GYPSY 1-32H | 32-29N-13W | WOODS | OK |