# EXHIBIT B

I-2013-002812 Book 1847 Pg: 0193
07/31/2013 02:28 PM Pg 0157-0196
Fee: $91.00    Doc: $0.00
Kathy McClure - Major County Clerk
State of Oklahoma

## Exhibit C

Development Wells

| Well Name | Section | Township | Range | County | State | Term PUD Overriding Royalty Interest Retained by Assignor | Perpetual PUD Overriding Royalty Interest Retained by Assignor |
|---|---|---|---|---|---|---|---|
| PERRY 1-13H | 13 | 23N | 9W | ALFALFA | OK | 17.7734375 % | 17.7734375 % |
| GIN 2311 1-2H | 2 | 23N | 11W | ALFALFA | OK | 14.015825 % | 14.015825 % |
| GIN 2311 2-2H | 2 | 23N | 11W | ALFALFA | OK | 14.015825 % | 14.015825 % |
| JANIS 2311 1-3H | 3 | 23N | 11W | ALFALFA | OK | 14.311254 % | 14.311254 % |
| BARNETT 2311 1-4H | 4 | 23N | 11W | ALFALFA | OK | 9.765717 % | 9.765717 % |
| EGGER 2311 1-12H | 12 | 23N | 11W | ALFALFA | OK | 12.87435 % | 12.87435 % |
| STATE 1-36H | 36 | 24N | 11W | ALFALFA | OK | 15.234375 % | 15.234375 % |
| STATE 2411 2-36H | 36 | 24N | 11W | ALFALFA | OK | 15.234375 % | 15.234375 % |
| TUCKER 2-5H | 5 | 28N | 9W | ALFALFA | OK | 14.666828 % | 14.666828 % |
| BOARDWALK 1-6H | 6 | 28N | 9W | ALFALFA | OK | 9.7188325 % | 9.7188325 % |
| BOARDWALK 2-6H | 6 | 28N | 9W | ALFALFA | OK | 9.7188325 % | 9.7188325 % |
| BURNET TRUST 2-10H | 10 | 28N | 9W | ALFALFA | OK | 13.625261 % | 13.625261 % |
| BURNET TRUST 2809 3-10H | 10 | 28N | 9W | ALFALFA | OK | 13.6252605 % | 13.6252605 % |
| MARSHALL 1-11H | 11 | 28N | 9W | ALFALFA | OK | 10.798949 % | 10.798949 % |
| MARSHALL 2-11H | 11 | 28N | 9W | ALFALFA | OK | 10.798949 % | 10.798949 % |
| SANDY CREEK 1-2H | 2 | 28N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| SANDY CREEK 2-2H | 2 | 28N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| SANDY CREEK 2810 3-2H | 2 | 28N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| DOHERTY 1-3H | 3 | 28N | 10W | ALFALFA | OK | 15.176965 % | 15.176965 % |
| DOHERTY 2-3H | 3 | 28N | 10W | ALFALFA | OK | 15.176965 % | 15.176965 % |
| JOANN 1-8H | 8 | 28N | 10W | ALFALFA | OK | 15.2360465 % | 15.2360465 % |
| JOANN 2-8H | 8 | 28N | 10W | ALFALFA | OK | 15.2360465 % | 15.2360465 % |
| JOANN 2810 3-8H | 8 | 28N | 10W | ALFALFA | OK | 15.2360465 % | 15.2360465 % |
| PARR 2-9H | 9 | 28N | 10W | ALFALFA | OK | 16.5673825 % | 16.5673825 % |
| PARR 2810 3-9H | 9 | 28N | 10W | ALFALFA | OK | 16.5673825 % | 16.5673825 % |
| PARR 2810 4-9H | 9 | 28N | 10W | ALFALFA | OK | 16.5673825 % | 16.5673825 % |
| COOK 1-7H | 7 | 28N | 11W | ALFALFA | OK | 10.153346 % | 10.153346 % |
| TONTO 2812 2-12H | 12 | 28N | 12W | ALFALFA | OK | 20.3008105 % | 20.3008105 % |
| TONTO 2812 3-12H | 12 | 28N | 12W | ALFALFA | OK | 20.3008105 % | 20.3008105 % |
| VICTOR 2-19H | 19 | 29N | 9W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| VICTOR 2909 3-19H | 19 | 29N | 9W | ALFALFA | OK | 20.3125 % | 20.3125 % |

SDT Partial Reconveyance of Overriding Royalty Interests
- 1 -

I-2013-002812 Book 1847 Pg: 0194
07/31/2013 02:28 PM Pg 0157-0196
Fee: $91.00    Doc: $0.00
Kathy McClure - Major County Clerk
State of Oklahoma

| Well Name | Section | Township | Range | County | State | Term PUD Overriding Royalty Interest Retained by Assignor | Perpetual PUD Overriding Royalty Interest Retained by Assignor |
|---|---|---|---|---|---|---|---|
| VICTOR 2909 4-19H | 19 | 29N | 9W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| VARDY 1-27H | 27 | 29N | 9W | ALFALFA | OK | 17.7734375 % | 17.7734375 % |
| FOLK 2-28H | 28 | 29N | 9W | ALFALFA | OK | 20.292969 % | 20.292969 % |
| SCHWAB 1-29H | 29 | 29N | 9W | ALFALFA | OK | 13.8061525 % | 13.8061525 % |
| SCHWAB 2-29H | 29 | 29N | 9W | ALFALFA | OK | 13.8061525 % | 13.8061525 % |
| SCHWAB 2909 3-29H | 29 | 29N | 9W | ALFALFA | OK | 13.8061525 % | 13.8061525 % |
| BARNARD 2-30H | 30 | 29N | 9W | ALFALFA | OK | 15.254937 % | 15.254937 % |
| BARNARD 2909 3-30H | 30 | 29N | 9W | ALFALFA | OK | 15.254937 % | 15.254937 % |
| PEFFLY 1-31H | 31 | 29N | 9W | ALFALFA | OK | 17.106342 % | 17.106342 % |
| PEFFLY 2-31H | 31 | 29N | 9W | ALFALFA | OK | 17.106342 % | 17.106342 % |
| ANGLE 2-32H | 32 | 29N | 9W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| GLADYS 1-36H | 36 | 29N | 9W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| GLADYS 2909 2-36H | 36 | 29N | 9W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| MATNBAY 2-22H | 22 | 29N | 10W | ALFALFA | OK | 13.3757665 % | 13.3757665 % |
| JEFFREY 2-27H | 27 | 29N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| JEFFREY 2910 3-27H | 27 | 29N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| STEPHEN J 2-28H | 28 | 29N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| STEPHEN J 2910 3-28H | 28 | 29N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| ABBY 1-33H | 33 | 29N | 10W | ALFALFA | OK | 17.3363095 % | 17.3363095 % |
| ABBY 2-33H | 33 | 29N | 10W | ALFALFA | OK | 17.3363095 % | 17.3363095 % |
| JOE 2-34H | 34 | 29N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| KENNETH 2-35H | 35 | 29N | 10W | ALFALFA | OK | 13.109621 % | 13.109621 % |
| KENNETH 2910 3-35H | 35 | 29N | 10W | ALFALFA | OK | 13.109621 % | 13.109621 % |
| PARR 2-36H | 36 | 29N | 10W | ALFALFA | OK | 20.3125 % | 20.3125 % |
| MARK 1-19H | 19 | 29N | 11W | ALFALFA | OK | 15.285463 % | 15.285463 % |
| NORMA JEAN 1-1H | 1 | 23N | 7W | GARFIELD | OK | 17.3096285 % | 17.3096285 % |
| RUTH 1-30H | 30 | 23N | 7W | GARFIELD | OK | 12.3083345 % | 12.3083345 % |
| NELSON 1-27H | 27 | 23N | 8W | GARFIELD | OK | 17.7734375 % | 17.7734375 % |
| IDA 1-34H | 34 | 23N | 8W | GARFIELD | OK | 17.7734375 % | 17.7734375 % |
| BRAINARD 1-35H | 35 | 23N | 8W | GARFIELD | OK | 13.292969 % | 13.292969 % |
| MERKLE 1-15H | 15 | 25N | 5W | GRANT | OK | 20.3125 % | 20.3125 % |
| EDDIE 1-22H | 22 | 25N | 5W | GRANT | OK | 20.3125 % | 20.3125 % |
| MERITT 1-15H | 15 | 26N | 5W | GRANT | OK | 15.823593 % | 15.823593 % |
| CHERI 1-20H | 20 | 26N | 5W | GRANT | OK | 15.234375 % | 15.234375 % |

I-2013-002812 Book 1847 Pg: 0195
07/31/2013 02:28 PM Pg 0157-0196
Fee: $91.00    Doc:  $0.00
Kathy McClure – Major County Clerk
State of Oklahoma

| Well Name | Section | Township | Range | County | State | Term PUD Overriding Royalty Interest Retained by Assignor | Perpetual PUD Overriding Royalty Interest Retained by Assignor |
|---|---|---|---|---|---|---|---|
| SEITER 1-11H | 11 | 26N | 6W | GRANT | OK | 15.234375 % | 15.234375 % |
| SEITER 2-11H | 11 | 26N | 6W | GRANT | OK | 15.234375 % | 15.234375 % |
| SEITER 2606 3-11H | 11 | 26N | 6W | GRANT | OK | 15.234375 % | 15.234375 % |
| BAKER INVESTMENT 1-6H | 6 | 26N | 8W | GRANT | OK | 6.1518855 % | 6.1518855 % |
| BAKER INVESTMENT 2-6H | 6 | 26N | 8W | GRANT | OK | 6.1518855 % | 6.1518855 % |
| TRENTON 1-12H | 12 | 26N | 8W | GRANT | OK | 20.232178 % | 20.232178 % |
| TRENTON 2-12H | 12 | 26N | 8W | GRANT | OK | 20.232178 % | 20.232178 % |
| CLO 1-16H | 16 | 27N | 8W | GRANT | OK | 20.3125 % | 20.3125 % |
| CLO 2-16H | 16 | 27N | 8W | GRANT | OK | 20.3125 % | 20.3125 % |
| RONCK 1-27H | 27 | 27N | 8W | GRANT | OK | 20.3125 % | 20.3125 % |
| RONCK 2-27H | 27 | 27N | 8W | GRANT | OK | 20.3125 % | 20.3125 % |
| KILIAN 1-7H | 7 | 28N | 5W | GRANT | OK | 9.447561 % | 9.447561 % |
| KILIAN 2805 2-7H | 7 | 28N | 5W | GRANT | OK | 9.447561 % | 9.447561 % |
| KILIAN 2805 3-7H | 7 | 28N | 5W | GRANT | OK | 9.447561 % | 9.447561 % |
| LEROY 2-30H | 30 | 28N | 7W | GRANT | OK | 20.3125 % | 20.3125 % |
| BRYAN 1-19H | 19 | 29N | 8W | GRANT | OK | 10.191988 % | 10.191988 % |
| BRYAN 2908 2-19H | 19 | 29N | 8W | GRANT | OK | 10.191988 % | 10.191988 % |
| HESS TRUST 1-31H | 31 | 29N | 8W | GRANT | OK | 15.229292 % | 15.229292 % |
| HESS TRUST 2-31H | 31 | 29N | 8W | GRANT | OK | 15.229292 % | 15.229292 % |
| JOANN 2810 4-8H | 6 | 27N | 13W | WOODS | OK | 15.2360465 % | 15.2360465 % |
| JULIES MAILBOX 1-6H | 6 | 27N | 13W | WOODS | OK | 20.3125 % | 20.3125 % |
| TALON 2713 2-6H | 6 | 27N | 13W | WOODS | OK | 20.3125 % | 20.3125 % |
| TALON 2713 3-6H | 6 | 27N | 13W | WOODS | OK | 20.3125 % | 20.3125 % |
| SABRE 1-7H | 7 | 27N | 13W | WOODS | OK | 19.20477 % | 19.20477 % |
| SABRE 2-7H | 7 | 27N | 13W | WOODS | OK | 19.20477 % | 19.20477 % |
| SABRE 2713 3-7H | 7 | 27N | 13W | WOODS | OK | 19.20477 % | 19.20477 % |
| SABRE 2713 4-7H | 7 | 27N | 13W | WOODS | OK | 19.20477 % | 19.20477 % |
| SIMMENTAL 2-27-14 1H | 2 | 27N | 14W | WOODS | OK | 5.078125 % | 5.078125 % |
| CHAROLAIS 11-27-14 1H | 11 | 27N | 14W | WOODS | OK | 8.8867185 % | 8.8867185 % |
| INTRUDER 2-12H | 12 | 27N | 14W | WOODS | OK | 16.989307 % | 16.989307 % |
| INTRUDER 3-12H | 12 | 27N | 14W | WOODS | OK | 16.989307 % | 16.989307 % |
| BLACKBIRD 1-13H | 13 | 27N | 14W | WOODS | OK | 12.045232 % | 12.045232 % |
| BLACKBIRD 2-13H | 13 | 27N | 14W | WOODS | OK | 12.045232 % | 12.045232 % |
| BLACKBIRD 3-13H | 13 | 27N | 14W | WOODS | OK | 12.045232 % | 12.045232 % |
| WILEY 2-31H | 31 | 28N | 13W | WOODS | OK | 12.2714625 % | 12.2714625 % |

I-2013-002812 Book 1847 Pg: 0196
07/31/2013 02:28 PM Pg 0157-0196
Fee: $91.00    Doc: $0.00
Kathy McClure – Major County Clerk
State of Oklahoma

| Well Name | Section | Township | Range | County | State | Term PUD Overriding Royalty Interest Retained by Assignor | Perpetual PUD Overriding Royalty Interest Retained by Assignor |
|---|---|---|---|---|---|---|---|
| WILEY 2813 3-31H | 31 | 28N | 13W | WOODS | OK | 12.2714625 % | 12.2714625 % |
| WILEY 2813 4-31H | 31 | 28N | 13W | WOODS | OK | 12.2714625 % | 12.2714625 % |
| DEXTER 2-8H | 8 | 28N | 14W | WOODS | OK | 10.362413 % | 10.362413 % |
| DEXTER 3-8H | 8 | 28N | 14W | WOODS | OK | 10.362413 % | 10.362413 % |
| DEXTER 2814 4-8H | 8 | 28N | 14W | WOODS | OK | 10.362413 % | 10.362413 % |
| ANGUS 2814 3-9H | 9 | 28N | 14W | WOODS | OK | 14.2211915 % | 14.2211915 % |
| NOBLE 1-16H | 16 | 28N | 14W | WOODS | OK | 9.375 % | 9.375 % |
| NOBLE 2814 2-16H | 16 | 28N | 14W | WOODS | OK | 9.375 % | 9.375 % |
| NOBLE 2814 3-16H | 16 | 28N | 14W | WOODS | OK | 9.375 % | 9.375 % |
| NOBLE 2814 4-16H | 16 | 28N | 14W | WOODS | OK | 9.375 % | 9.375 % |
| NEVA 23-28-13 1H | 23 | 28N | 14W | WOODS | OK | 0.000474 % | 0.000474 % |
| SKYHAWK 1-36H | 36 | 28N | 14W | WOODS | OK | 14.6944795 % | 14.6944795 % |
| SKYHAWK 2-36H | 36 | 28N | 14W | WOODS | OK | 14.6944795 % | 14.6944795 % |
| SKYHAWK 2814 3-36H | 36 | 28N | 14W | WOODS | OK | 14.6944795 % | 14.6944795 % |
| SKYHAWK 2814 4-36H | 36 | 28N | 14W | WOODS | OK | 14.6944795 % | 14.6944795 % |
| NIDA 2-5H | 5 | 28N | 15W | WOODS | OK | 13.9875365 % | 13.9875365 % |
| STRIKER 10-28-15 1H | 10 | 28N | 15W | WOODS | OK | 0.8490865 % | 0.8490865 % |
| CRYSTAL 11-28-15 1H | 11 | 28N | 15W | WOODS | OK | 0.0595095 % | 0.0595095 % |
| DONNA 11-28N-15W 1H | 11 | 28N | 15W | WOODS | OK | 0.060000 % | 0.060000 % |
| CARLEE 11-28-15 1H | 11 | 28N | 15W | WOODS | OK | 0.060000 % | 0.060000 % |
| WILLIE 11-28-15 1H | 11 | 28N | 15W | WOODS | OK | 0.060000 % | 0.060000 % |

RTN: SandRidge, 123 Robert S. Kerr Ave
Oklahoma City, OK 73102

SDT Partial Reconveyance of Overriding Royalty Interests

- 4 -