# EXHIBIT C

**Table: Normalized Monthly Oil and Gas Production of Proximate Trust I Producing and Development Wells**

| | Well Name | Type | County | T-R-S | IP Date | Months of Production Prior to Trust II Offering in April 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Averages |
| 1 | Jeffrey 1-27H | P | Alfalfa | 29N-10W-27 | Apr-10 Oil (bbls) | 1526 | 2391 | 1683 | 1278 | | | | | 1720 |
| | | | | | Mar-10 Gas (boe) | 15 | 430 | 969 | 1098 | | | | | 628 |
| | | | | | | | | | 73.3% | % Oil | | | | |
| | Jeffrey 2-27H | D | Alfalfa | 29N-10W-27 | Dec-11 Oil (bbls) | 2362 | 0 | 0 | 0 | | | | | 591 |
| | | | | | Aug-11 Gas (boe) | 789 | 3037 | 2258 | 3465 | | | | | 2387 |
| | | | | | | | | | 19.8% | % Oil | | | | |
| | Well Name | Type | County | T-R-S | IP Date | 1 | 2 | 3 | 4 | 5 | 6 | | | Averages |
| 2 | Victor 1-19H | P | Alfalfa | 29N-09W-19 | Sep-10 Oil (bbls) | 11540 | 8541 | 5013 | 4827 | 3530 | 4557 | | | 6335 |
| | | | | | Aug-10 Gas (boe) | 650 | 13910 | 13863 | 9242 | 10055 | 7871 | | | 9265 |
| | | | | | | | | | | | 40.6% | % Oil | | |
| | Victor 2-19H | D | Alfalfa | 29N-09W-19 | Oct-11 Oil (bbls) | 1420 | 1596 | 1409 | 1399 | 1053 | 0 | | | 1146 |
| | | | | | Feb-11 Gas (boe) | 1314 | 4977 | 2925 | 3135 | 2660 | 2292 | | | 2884 |
| | | | | | | | | | | | 28.4% | % Oil | | |
| | Well Name | Type | County | T-R-S | IP Date | 1 | 2 | 3 | Averages | | | | | |
| 3 | Kenneth 1-35H | D | Alfalfa | 29N-10W-35 | Oct-10 Oil (bbls) | 1323 | 5608 | 5269 | 4067 | | | | | |
| | | | | | Sep-10 Gas (boe) | 276 | 3995 | 4267 | 2846 | | | | | |
| | | | | | | | | 58.8% | % Oil | | | | | |
| | Kenneth 2-35H | P | Alfalfa | 29N-10W-35 | Jan-12 Oil (bbls) | 16626 | 7168 | 4909 | 9568 | | | | | |
| | | | | | Jan-12 Gas (boe) | 7900 | 5924.666667 | 4628 | 6151 | | | | | |
| | | | | | | | | 60.9% | % Oil | | | | | |
| | Well Name | Type | County | T-R-S | IP Date | 1 | 2 | 3 | 4 | 5 | 6 | | | Averages |
| 4 | Parr 1-9H | P | Alfalfa | 28N-10W-09 | Nov-10 Oil (bbls) | 3411 | 2297 | 3306 | 2135 | 2316 | 2536 | | | 2667 |
| | | | | | Aug-10 Gas (boe) | 599 | 444 | 3141 | 3752 | 4128 | 5466 | | | 2922 |
| | | | | | | | | | | | 47.7% | % Oil | | |
| | Parr 2-9H | D | Alfalfa | 28N-10W-09 | Oct-11 Oil (bbls) | 13489 | 15845 | 11496 | 8868 | 7602 | 0 | | | 9550 |
| | | | | | Aug-11 Gas (boe) | 1542 | 3243 | 3805 | 6802 | 5763 | 4540 | | | 4283 |
| | | | | | | | | | | | 69.0% | % Oil | | |
| | Well Name | Type | County | T-R-S | IP Date | 1 | 2 | 3 | 4 | Averages | | | | |
| 5 | Angle 1-32H | P | Alfalfa | 29N-09W-32 | Nov-10 Oil (bbls) | 5656 | 4109 | 3633 | 0 | 3350 | | | | |
| | | | | | Oct-10 Gas (boe) | 1615 | 3541 | 2787 | 2361 | 2576 | | | | |
| | | | | | | | | | 56.5% | % Oil | | | | |
| | Angle 2-32H | D | Alfalfa | 29N-09W-32 | Dec-11 Oil (bbls) | 494 | 0 | 0 | 0 | 124 | | | | |
| | | | | | Jul-11 Gas (boe) | 2144 | 1965 | 1263 | 1027 | 1600 | | | | |
| | | | | | | | | | 7.2% | % Oil | | | | |
| | Well Name | Type | County | T-R-S | IP Date | 1 | 2 | Averages | | | | | | |
| 6 | Burnet Trust 1-10H | P | Alfalfa | 28N-9W-10 | Dec-10 Oil (bbls) | 1817 | 3053 | 2435 | | | | | | |
| | | | | | Dec-10 Gas (boe) | 659 | 680 | 670 | | | | | | |
| | | | | | % Oil | 73.39% | 81.78% | 78.4% | % Oil | | | | | |
| | Burnet Trust 2-10H | D | Alfalfa | 28N-9W-10 | Feb-12 Oil (bbls) | 1597 | 0 | 799 | | | | | | |
| | | | | | Feb-12 Gas (boe) | 510 | 1999 | 1254 | | | | | | |
| | | | | | % Oil | 75.80% | 0.00% | 38.9% | % Oil | | | | | |
| | Well Name | Type | County | T-R-S | IP Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Averages |
| 7 | Parr 1-36H | P | Alfalfa | 29N-10W-36 | Jan-11 Oil (bbls) | 8004 | 7368 | 12699 | 10139 | 7663 | 5889 | 5350 | 5666 | 7847 |
| | | | | | Aug-10 Gas (boe) | 277.3333333 | 553.6666667 | 484 | 654.8333333 | 1562.166667 | 2891.5 | 3219.166667 | 10241.16667 | 2485 |
| | | | | | % Oil | 96.65% | 93.01% | 96.33% | 93.93% | 83.07% | 67.07% | 62.43% | 35.62% | 75.9% % Oil |
| | Parr 2-36H | D | Alfalfa | 29N-10W-36 | Aug-11 Oil (bbls) | 10639 | 4462 | 1613 | 1232 | 715 | 1239 | 1060 | 0 | 2620 |
| | | | | | Aug-11 Gas (boe) | 3949.5 | 5791 | 3251.833333 | 2244 | 2297.166667 | 2129.166667 | 2395.333333 | 2088.333333 | 3018 |
| | | | | | % Oil | 72.93% | 43.52% | 33.16% | 35.44% | 23.74% | 36.79% | 30.68% | 0.00% | 46.5% % Oil |