# EXHIBIT D

**Table: Normalized Monthly Oil and Gas Production of Proximate Trust I Development Wells**

| | Well Name | Type | County | T-R-S | IP Date | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Averages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Peffly 1-31H | D | Alfalfa | 29N-09W-31 | Jan-11 | Oil (bbls) | 9315 | 8102 | 6017 | 4588 | 3204 | 3024 | 3394 | 5378 | |
| | | | | | Jan-11 | Gas (boe) | 6483 | 6060 | 5058 | 3520 | 3358 | 3238 | 0 | 3960 | |
| | | | | | | % Oil | 58.96% | 57.21% | 54.33% | 56.59% | 48.83% | 48.29% | 100.00% | **57.59%** | % Oil |
| | Peffly 2-31H | D | Alfalfa | 29N-09W-31 | Sep-11 | Oil (bbls) | 1408 | 1785 | 1403 | 1038 | 1225 | 705 | 0 | 1081 | |
| | | | | | Sep-11 | Gas (boe) | 1109 | 1662 | 1328 | 1138 | 964 | 816 | 694 | 1101 | |
| | | | | | | % Oil | 55.95% | 51.78% | 51.38% | 47.71% | 55.97% | 46.36% | 0.00% | **49.52%** | % Oil |

| | Well Name | Type | County | T-R-S | IP Date | | 1 | 2 | 3 | 4 | Averages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Schwab 1-29H | D | Alfalfa | 29N-09W-29 | Jan-11 | Oil (bbls) | 5423 | 6630 | 6535 | 4318 | 5727 |
| | | | | | Jan-11 | Gas (boe) | 958 | 1274 | 1517 | 1260 | 1252 |
| | | | | | | % Oil | 84.98% | 83.89% | 81.16% | 77.41% | **82.1%** % Oil |
| | Schwab 2-29H | D | Alfalfa | 29N-09W-29 | Dec-11 | Oil (bbls) | 3000 | 0 | 0 | 0 | 750 |
| | | | | | Aug-11 | Gas (boe) | 757 | 2616 | 2468 | 4163 | 2501 |
| | | | | | | % Oil | 79.85% | 0.00% | 0.00% | 0.00% | **23.1%** % Oil |

| | Well Name | Type | County | T-R-S | IP Date | | 1 | 2 | 3 | 4 | Averages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Doherty 1-3H | D | Alfalfa | 28N-10W-03 | Dec-11 | Oil (bbls) | 6329 | 0 | 0 | 0 | 1582 |
| | | | | | Jun-11 | Gas (boe) | 23013.5 | 42928 | 13197 | 14709.83333 | 23462 |
| | | | | | | % Oil | 21.57% | 0.00% | 0.00% | 0.00% | **6.3%** % Oil |
| | Doherty 2-3H | D | Alfalfa | 28N-10W-03 | Dec-11 | Oil (bbls) | 4696 | 9929 | 5315 | 0 | 4985 |
| | | | | | Dec-11 | Gas (boe) | 871 | 2252.5 | 1254.5 | 1175 | 1388 |
| | | | | | | % Oil | 84.35% | 81.51% | 80.90% | 0.00% | **78.2%** % Oil |