# EXHIBIT E

Exhibit C to Perpetual Overriding Royalty Interest Conveyance (Oklahoma) (PDP)

2012-002391  Book 0654  Pg: 626
04/30/2012 1:00 pm   Pg 0586-0627
Fee:   $ 95.00    Doc:    $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

| WELL NAME | SECTION | TOWNSHIP | RANGE | COUNTY | STATE |
|---|---|---|---|---|---|
| STANLEY TRUST 1-36H | 36 | 26N | 9W | ALFALFA | OK |
| DRACO 1-24H | 24 | 27N | 9W | ALFALFA | OK |
| MORFORD 1-7H | 7 | 28N | 10W | ALFALFA | OK |
| C L TRUST 1-15H | 15 | 28N | 10W | ALFALFA | OK |
| FOX 1-26H | 26 | 28N | 10W | ALFALFA | OK |
| BROCE 1-36H | 36 | 28N | 10W | ALFALFA | OK |
| KAREN 1-3H | 3 | 28N | 11W | ALFALFA | OK |
| REITZ TRUST 1-14H | 14 | 28N | 11W | ALFALFA | OK |
| SCHMITZ 1-1H | 1 | 28N | 9W | ALFALFA | OK |
| BENSON 2-2H | 2 | 28N | 9W | ALFALFA | OK |
| BENSON 1-2H | 2 | 28N | 9W | ALFALFA | OK |
| REX 1-12H | 12 | 28N | 9W | ALFALFA | OK |
| WATKINS 1-14H | 14 | 29N | 9W | ALFALFA | OK |
| RUSH CREEK 1-16H | 16 | 29N | 9W | ALFALFA | OK |
| WOOD 1-17H | 17 | 29N | 9W | ALFALFA | OK |
| WEST 1-18H | 18 | 29N | 9W | ALFALFA | OK |
| BETTY E 1-20H | 20 | 29N | 9W | ALFALFA | OK |
| STARKS TRUST 1-21H | 21 | 29N | 9W | ALFALFA | OK |
| STARKS 1-22H | 22 | 29N | 9W | ALFALFA | OK |
| HANKEY 1-14H | 14 | 29N | 10W | ALFALFA | OK |
| CLARK 1-15H | 15 | 29N | 10W | ALFALFA | OK |
| ALEXANDER 1-16H | 16 | 29N | 10W | ALFALFA | OK |
| LINDLEY 1-19H | 19 | 29N | 10W | ALFALFA | OK |
| LUDEMAN 1-29H | 29 | 29N | 10W | ALFALFA | OK |
| BEISEL TRUST 1-30H | 30 | 29N | 10W | ALFALFA | OK |
| HAMM 1-31H | 31 | 29N | 10W | ALFALFA | OK |
| THUNDER 1-32H | 32 | 29N | 10W | ALFALFA | OK |
| TANNER 1-21H | 21 | 29N | 11W | ALFALFA | OK |
| KISLING 1-22H | 22 | 29N | 11W | ALFALFA | OK |
| TANNER TRUST 1-23H | 23 | 29N | 11W | ALFALFA | OK |
| TALLEY 1-24H | 24 | 29N | 11W | ALFALFA | OK |
| GATES 1-25H | 25 | 29N | 11W | ALFALFA | OK |
| CECIL 1-26H | 26 | 29N | 11W | ALFALFA | OK |
| FELLERS TRUST 1-28H | 28 | 29N | 11W | ALFALFA | OK |
| LEFORCE FARMS 1-34H | 34 | 29N | 11W | ALFALFA | OK |
| BLACKBERRY STATE 1-36H | 36 | 29N | 11W | ALFALFA | OK |
| MINNIE 1-34H | 34 | 29N | 12W | ALFALFA | OK |
| LASH 1-10H | 10 | 26N | 6W | GRANT | OK |
| SLAVING 1-20H | 20 | 26N | 8W | GRANT | OK |
| SHREWSBURY 1-30H | 30 | 26N | 8W | GRANT | OK |
| LANIE TRUST 1-32H | 32 | 26N | 8W | GRANT | OK |

Exhibit C to Perpetual Overriding Royalty Interest Conveyance (Oklahoma) (PDP)

| Well | Sec | Twp | Rng | County | State |
|---|---|---|---|---|---|
| KRETCHMAR 1-30H | 30 | 27N | 5W | GRANT | OK |
| HENDRICKS 1-30H | 30 | 27N | 7W | GRANT | OK |
| MARLENE 1-15H | 15 | 27N | 8W | GRANT | OK |
| ARNOLD 1-17H | 17 | 27N | 8W | GRANT | OK |
| STEPP 1-19H | 19 | 27N | 8W | GRANT | OK |
| SOPER 1-23H | 23 | 27N | 8W | GRANT | OK |
| PATRICK 1-30H | 30 | 27N | 8W | GRANT | OK |
| BRENT 1-6H | 6 | 28N | 8W | GRANT | OK |
| MONTGOMERY 1-7H | 7 | 28N | 8W | GRANT | OK |
| CONRADY 1-14H | 14 | 29N | 7W | GRANT | OK |
| EDWARD 1-30H | 30 | 29N | 8W | GRANT | OK |
| TAG 3H-32 | 32 | 29N | 8W | GRANT | OK |
| WOOD TRUST 1-33H | 33 | 29N | 8W | GRANT | OK |
| DEANNA 1-16H | 16 | 27N | 13W | WOODS | OK |
| APPALOOSA 2-3H | 3 | 27N | 18W | WOODS | OK |
| LEOLA MEYER 1-8H | 8 | 28N | 13W | WOODS | OK |
| HEASLEY 1-13H | 13 | 28N | 14W | WOODS | OK |
| MARDONNA 1-12H | 12 | 28N | 17W | WOODS | OK |
| BETTY 1-34H | 34 | 28N | 17W | WOODS | OK |
| MABELLE 1-16H | 16 | 28N | 19W | WOODS | OK |
| TERWORT 1-30H | 30 | 29N | 13W | WOODS | OK |
| NINE 1-23H | 23 | 29N | 14W | WOODS | OK |

I-2012-002391  Book 0654  Pg: 627
04/30/2012 1:00 pm  Pg 0586-0627
Fee: $ 95.00  Doc: $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma