# EXHIBIT F

I-2012-004709 Book 0662 Pg: 744
09/07/2012 10:03 am   Pg 0743-0744
Fee:   $ 15.00    Doc:   $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

## Exhibit A

Released Properties
to Partial Release of Mortgage

| Well Name | Sec/Twn/Rng | County | State |
|---|---|---|---|
| Schmitz 2-1H | 1-28N-9W | Alfalfa | OK |
| Rex 2-12H | 12-28N-9W | Alfalfa | OK |
| Fox 2-26H | 26-28N-10W | Alfalfa | OK |
| West 2-18H | 18-29N-9W | Alfalfa | OK |
| Hamm 2-31H | 31-29N-10W | Alfalfa | OK |
| Kisling 2-22H | 22-29N-11W | Alfalfa | OK |
| Cecil 2-26H | 26-29N-11W | Alfalfa | OK |
| LeForce Farms 2-34H | 34-29N-11W | Alfalfa | OK |
| Jantz 1-30H | 30-26N-8W | Grant | OK |
| Arnold Trust 1-14H | 14-27N-8W | Grant | OK |
| Harvey 1-36H | 36-25N-2W | Kay | OK |
| Jennie 1-10H | 10-35S-10W | Barber | KS |

*Development Wells drilled and completed 01/01/2012 – 06/30/2012*

I-2013-001064 Book 0673 Pg: 20
03/11/2013  3:12 pm  Pg 0019-0022
Fee:  $ 19.00    Doc:   $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

## Exhibit A

### Released Properties
### to Partial Release of Mortgage

| Well Name | Sec/Twn/Rng | County | State |
|---|---|---|---|
| Jennie 3510 2-10H | 10-35S-10W | Barber | KS |
| Huck 1-9H | 9-31S-20W | Comanche | KS |
| Kerstetter 2-25H | 24 and 25-31S-20W | Comanche | KS |
| Garland 3120 1-26H | 26 and 23-31S-20W | Comanche | KS |
| Harold 3120 1-26H | 26-31S-20W | Comanche | KS |
| Harold 3120 2-26H | 26-31S-20W | Comanche | KS |
| Teal 1-27H | 27-31S-20W | Comanche | KS |
| Mariah 3120 2-36H | 36-31S-20W | Comanche | KS |
| Lillian 3206 1-31H | 31-32S-6W | Harper | KS |
| Lillian 3206 2-31H | 31-32S-6W | Harper | KS |
| Lillian 3206 1-32H | 32-32S-6W | Harper | KS |
| Connie 3206 2-32H | 32-32S-6W | Harper | KS |
| Turner 3406 1-7H | 6-34S-6W | Harper | KS |
| Cather 1-4H | 4-35S-7W | Harper | KS |
| Bernice 2-17H | 17 and 8-35S-7W | Harper | KS |
| Brent 2808 2-6H | 6-28N-8W | Alfalfa | OK |
| Morford 2810 2-7H | 7-28N-10W | Alfalfa | OK |
| C L Trust 2-15H | 15-28N-10W | Alfalfa | OK |
| Broce 2-36H | 36-28N-10W | Alfalfa | OK |
| Broce 2810 3-36H | 36-28N-10W | Alfalfa | OK |
| Reitz Trust 2-14H | 14-28N-11W | Alfalfa | OK |
| Reitz Trust 2811 3-14H | 14-28N-11W | Alfalfa | OK |
| Rush Creek 2-16H | 16-29N-9W | Alfalfa | OK |
| Wood 2-17H | 17-29N-9W | Alfalfa | OK |

*Development Wells drilled and completed 07/01/2012 – 12/31/2012*

2013 00 106416 Book 78 Page 4 of 5
03/11/2013   3:12 pm   Pg 0019-0022
Fee:   $ 19.00   Doc:   $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

| Well Name | Sec/Twn/Rng | County | State |
|---|---|---|---|
| Wood 2909 3-17H | 17-29N-9W | Alfalfa | OK |
| Starks Trust 2-21H | 21-29N-9W | Alfalfa | OK |
| Hankey 2-14H | 14-29N-10W | Alfalfa | OK |
| Lindley 2-19H | 19-29N-10W | Alfalfa | OK |
| Fox 2910 3-26H | 26-29N-10W | Alfalfa | OK |
| Ludeman 2910 2-29H | 29-29N-10W | Alfalfa | OK |
| Beisel Trust 3-30H | 30-29N-10W | Alfalfa | OK |
| Beisel Trust 2-30H | 30-29N-10W | Alfalfa | OK |
| Thunder 2-32H | 32-29N-10W | Alfalfa | OK |
| Tanner Trust 2-23H | 23-29N-11W | Alfalfa | OK |
| Talley 2-24H | 24-29N-11W | Alfalfa | OK |
| Gates 2-25H | 25-29N-11W | Alfalfa | OK |
| LeForce Farms 2911 3-34H | 34-29N-11W | Alfalfa | OK |
| Blackberry State 2-36H | 36-29N-11W | Alfalfa | OK |
| Rickabaugh 1-2H | 2-26N-6W | Grant | OK |
| Rickabaugh 2-2H | 2-26N-6W | Grant | OK |
| Rickabaugh 4-2H | 2-26N-6W | Grant | OK |
| Rickabaugh 3-2H | 2-26N-6W | Grant | OK |
| Hughes 1-10H | 10-26N-6W | Grant | OK |
| Hughes 2606 3-10H | 10-26N-6W | Grant | OK |
| TC Farms 1-14H | 14-26N-6W | Grant | OK |
| TC Farms 2-14H | 14-26N-6W | Grant | OK |
| TC Farms 2606 3-14H | 14-26N-6W | Grant | OK |
| Lanie Trust 2608 2-32H | 32-26N-8W | Grant | OK |
| Noemi 1-30HX | 30-27N-5W | Grant | OK |
| Noemi 2705 3-30H | 30-27N-5W | Grant | OK |
| Kremlin 1-31H | 31-27N-5W | Grant | OK |

*Development Wells drilled and completed 07/01/2012 – 12/31/2012*

I-2013-001194-Book 0019 Page 0022
03/11/2013   3:12 pm   Pg 0019-0022
Fee:   $ 19.00   Doc:   $ 0.00
Debbie K. Kretchmar - Grant County
State of Oklahoma

| Well Name | Sec/Twn/Rng | County | State |
|---|---|---|---|
| Kremlin 2705 2-31H | 31-27N-5W | Grant | OK |
| Kremlin 2705 3-31H | 31-27N-5W | Grant | OK |
| Kremlin 2705 4-31H | 31-27N-5W | Grant | OK |
| Heidi 1-23H | 23-27N-6W | Grant | OK |
| Heidi 2706 2-23H | 23-27N-6W | Grant | OK |
| Barnard Trust 2708 1-14H | 14-27N-8W | Grant | OK |
| Marlene 2-15H | 15-27N-8W | Grant | OK |
| Arnold 2-17H | 17-27N-8W | Grant | OK |
| Stepp 2-19H | 19-27N-8W | Grant | OK |
| Mary Kathryn 1-20H | 20-27N-8W | Grant | OK |
| Mary Kathryn 2708 2-20H | 20-27N-8W | Grant | OK |
| Mary Kathryn 2708 3-20H | 20-27N-8W | Grant | OK |
| Patrick 2-30H | 30-27N-8W | Grant | OK |
| Patrick 2708 3-30H | 30-27N-8W | Grant | OK |
| Montgomery 2308 2-7H | 7-28N-8W | Grant | OK |
| Conrady 2-14H | 14-29N-7W | Grant | OK |
| Conrady 2907 3-14H | 14-29N-7W | Grant | OK |
| Conrady 2907 4-14H | 14-29N-7W | Grant | OK |
| Edward 2-30H | 30-29N-8W | Grant | OK |
| Edward 2908 3-30H | 30-29N-8W | Grant | OK |
| Hammond 1-3H | 3-24N-2W | Noble | OK |
| Fear the Beard 2402 1-13H | 13-24N-2W | Noble | OK |
| Appaloosa 3-3H | 3-27N-18W | Woods | OK |

*Development Wells drilled and completed 07/01/2012 – 12/31/2012*

Page 4 of 4