# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVAN NIBUR, LAWRENCE ROSS, JASE LUNA, MATTHEW WILLENBUCHER, and the DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT SCOTT, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO. LLC (F/K/A MORGAN STANLEY & CO INC.), MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., and RBC CAPITAL MARKETS, LLC,<br><br>Defendants.<br><br>SANDRIDGE ENERGY, INC.,<br><br>Nominal Defendant. | Civil Action No. 15-cv-00634-M<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**SUPPLEMENTAL DECLARATION OF JONATHAN HORNE**

I, Jonathan Horne, pursuant to 28 U.S.C. § 1746, declare:

1.       I am an attorney at The Rosen Law Firm, P.A., attorneys for Lead Plaintiffs Ivan Nibur, Lawrence Ross, Jase Luna, Matthew Willenbucher, and the Duane & Virginia Lanier Trust ("Plaintiffs") in this action.

2. I make this declaration in support of Plaintiffs' Supplemental Opposition to Defendants' Motions to Dismiss. I am above the age of 18 and have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

3. Attached hereto are true and correct copies of excerpts of the following documents, all obtained from EDGAR:

> Exhibit 1: SandRidge Energy Inc. Form 10-K for the Year Ended December 31, 2010
>
> Exhibit 2: SandRidge Energy Inc. Form 10-K for the Year Ended December 31, 2011
>
> Exhibit 3: SandRidge Energy Inc. Form 10-K for the Year Ended December 31, 2012
>
> Exhibit 4: SandRidge Energy Inc. Form 10-K for the Year Ended December 31, 2013
>
> Exhibit 5: SandRidge Energy Inc. Form 10-K for the Year Ended December 31, 2014
>
> Exhibit 6: 2010 Report of Netherland, Sewell & Associates, Inc. ("Netherland Sewell"), attached as Exhibit 99.2 to SandRidge's 2010 Form 10-K.
>
> Exhibit 7: 2011 Report of Netherland, Sewell & Associates, Inc. ("Netherland Sewell"), attached as Exhibit 99.1 to SandRidge's 2011 Form 10-K.

Exhibit 8: 2012 Report of Netherland, Sewell & Associates, Inc. ("Netherland Sewell"), attached as Exhibit 99.1 to SandRidge's 2012 Form 10-K.

Exhibit 9: Prospectus of SandRidge Mississippian Trust I dated April 7, 2011.

Exhibit 10: Prospectus of SandRidge Mississippian Trust II dated April 18, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2017

_____
Jonathan Horne

## CERTIFICATE OF SERVICE

I certify that on May 30, 2017, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate ECF registrants.

By: */s/ Laurence M. Rosen*