IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVAN NIBUR, LAWRENCE ROSS, JASE LUNA, MATTHEW WILLENBUCHER, and the DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>     Defendants.<br><br>SANDRIDGE ENERGY, INC.,<br><br>     Nominal Defendant. | Case No. CIV-15-634-M |

## ORDER

On November 11, 2016, plaintiffs filed a Consolidated Amended Complaint for Violations of the Federal Securities Laws. In their complaint, plaintiffs allege the following two independent claims: (1) claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 ("Securities Act Claims")[1], and (2) claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 and Rule 10b-5 promulgated thereunder ("Exchange Act Claims")[2]. On July 28, 2017, plaintiffs filed a Notice of Non-Opposition [docket no. 126]. In their notice, plaintiffs state that in light of the United States Supreme Court's intervening decision in *California Pub. Employees' Ret. Sys. v. ANZ Sec., Inc.*,

---

[1] The Securities Act Claims are brought against all defendants.
[2] The Exchange Act Claims are brought against defendants SandRidge Mississippian Trust I, Tom L. Ward, James D. Bennett, and Matthew K. Grubb and nominal defendant SandRidge Energy, Inc.

137 S. Ct. 2042, 2044 (2017), they do not oppose dismissal of the Securities Act Claims. In light of plaintiffs' notice, the Court hereby DISMISSES the Securities Act Claims asserted in this case.[3] Additionally, in light of the dismissal of the Securities Act Claims, the Court finds the Underwriter Defendants' Motion to Dismiss [docket no. 94] is now MOOT.

**IT IS SO ORDERED this 30th day of August, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[3] In light of the dismissal of the Securities Act Claims, the only defendants remaining in this case are defendants SandRidge Mississippian Trust I, Tom L. Ward, James D. Bennett, and Matthew K. Grubb and nominal defendant SandRidge Energy, Inc.