**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IVAN NIBUR, LAWRENCE ROSS, JASE LUNA, MATTHEW WILLENBUCHER, and the DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No. CIV-15-00634-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER**

Defendants SandRidge Energy, Inc., SandRidge Mississippian Trust I, Matthew K. Grubb, James D. Bennett, and Tom L. Ward hereby move to extend the date to answer the current operative Amended Complaint. This motion is unopposed and Plaintiffs do not object to the extension set forth below. Pursuant to L.Cv.R. 7.1(h), Defendants state as follows:

1. On September 11, 2017, the Court issued orders denying in part motions to dismiss which had been filed by the Defendants against the Plaintiffs' Amended Complaint. [See Dkt. No. 130]

2. The Amended Complaint is 134 pages and 358 paragraphs long. Responding to this Amended Complaint in the manner required by the Federal Rules of Civil Procedure will require significant time and expense. Given the length and

complexity of the issues raised in the Amended Complaint, Defendants submit that additional time to answer the Amended Complaint is appropriate.

3. Pursuant to L.Cv.R. 7.1(h)(1), (5), and (6), the Defendants state the deadlines that would be affected by the present request for extension are as follows. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to respond to the Amended Complaint is 14 days after notice of the Court's Orders on September 11, 2017, or September 25, 2017.  Defendants request that the deadline to answer the Amended Complaint be extended from September 25, 2017 to October 25, 2017, a date 30 days after Defendants' deadline to file an answer pursuant to Federal Rule of Civil Procedure 12(a)(4)(A).

4. Pursuant to L.Cv.R. 7.1(h)(3), the Defendants request this extension to allow time to review and prepare appropriate answers to the lengthy and extensive allegations set forth in Amended Complaint.

5. Pursuant to L.Cv.R. 7.1(h)(4), the Defendants state that the proposed extension has been discussed with counsel for Plaintiffs.  Plaintiffs do not object to the proposed extension of the deadline to answer the Amended Complaint.

6. Pursuant to L.Cv.R. 7.1(h)(5), the Defendants state that the only impact of this requested extension on the scheduled deadlines are set forth in Paragraph 3 above. There is no scheduling order or any other deadline set by the Court.

7. Pursuant to L.Cv.R. 7.1(h)(6), the Defendants request this Court grant the requested extension as set forth above and in the proposed order attached hereto.

WHEREFORE, the Defendants respectfully request the Court enter an Order

extending the deadlines to answer the Plaintiffs' Amended Complaint as set forth herein.

Respectfully submitted,

s/Thomas B. Snyder_____
Thomas B. Snyder, CA #211230

CROWE & DUNLEVY
The Braniff Building
324 N. Robinson, Ste. 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
thomas.snyder@crowedunlevy.com

Of Counsel

COVINGTON & BURLING LLP
Mark P. Gimbel (admitted *pro hac vice*)
C. William Phillips (admitted *pro hac vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

*Attorneys for Matthew K. Grubb and James D. Bennett*

Respectfully submitted,

s/Kiran Phansalkar_____

CONNER & WINTERS, LLP
Kiran A. Phansalkar, OBA #11470
Mitchell D. Blackburn, OBA #12217
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK 73102
(405) 272-5711

*Attorneys for SandRidge Energy, Inc.*

Respectfully submitted,

*s/George S. Corbyn, Jr.*
George S. Corbyn, Jr., OBA #1910
CORBYN HAMPTON, PLLC
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, OK 73102
(405) 239-7055

Of Counsel

LATHAM & WATKINS, LLP

Steven M. Bauer (admitted *pro hac vice*)
J. Christian Word (admitted *pro hac vice*)
Christopher J. Fawal (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

*Attorneys for Defendant Tom L. Ward*

Respectfully submitted,

*s/ Ryan S. Wilson*
Ryan S. Wilson, OBA #14340

WILSON LAW FIRM
Post Office Box 891390
Oklahoma City, OK  73189
(405) 246-0092

Of Counsel

BRACEWELL LLP
W. Stephen Benesh (admitted *pro hac vice*)
Patrick A. Caballero (admitted *pro hac vice*)
111 Congress Ave., Suite 2100
Austin, Texas 78701
(512) 494-3680
*Attorneys for SandRidge Mississippian Trust I*

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 19, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the appropriate ECF registrants.

                *s/Thomas B. Snyder*
                Thomas B. Snyder