# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,

        Plaintiffs,

  v.

SANDRIDGE MISSISSIPPIAN TRUST I, et al.,

        Defendants.

Case No. 15-CV-634-SLP

## J U D G M E N T

By separate Order entered this same date, the Court granted Defendants' Unopposed Motion for Entry of Judgment on All Claims Under the Securities Act of 1933, in light of the Court's August 30, 2017 Order dismissing the Securities Act Claims asserted in this action, and directed the entry of final judgment under Fed. R. Civ. P. 54(b).

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that judgment is entered in favor of Defendants SandRidge Mississippian Trust I, SandRidge Mississippian Trust II, James D. Bennett, Matthew K. Grubb, Tom L. Ward, Jim J. Brewer, Everett R. Dobson, William A. Gilliland, Daniel W. Jordan, Roy T. Oliver, Jr., Jeffrey S. Serota, Randall D. Cooley, SandRidge Energy, Inc. (as nominal defendant solely to the extent of available insurance), Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, Raymond James & Associates, Inc., and RBC Capital Markets, LLC, dismissing Plaintiffs' claims brought under the Securities Act of 1933.

ENTERED this 5th day of December, 2017.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE