# EXHIBIT A - PROPOSED DATES

| Action | Date |
|---|---|
| Defendants' Answer | October 25, 2017 |
| Exchange of Rule FRCP 26 Initial Disclosures | November 15, 2017 |
| Class Certification Motion | February 15, 2018 |
| Opposition to Class Certification Motion | May 15, 2018 |
| Reply in support of Class Certification Motion | July 15, 2018 |
| Substantial completion of document production (with the exception of documents relating to class certification, which shall be produced earlier on a schedule to be negotiated by the parties) | May 1, 2018 |
| Deadline to join additional parties and amend pleadings | July 20, 2018 |
| Fact Discovery Cutoff | November 13, 2018 |
| Deadline for Opening Expert Reports | December 21, 2018 |
| Deadline for Opposing Expert Reports | February 22, 2019 |
| Deadline for Rebuttal Expert Reports | April 8, 2019 |
| Expert Discovery Cutoff | May 8, 2019 |
| Deadline to file Dispositive Motion(s) and motions to exclude expert testimony under Daubert and/or FRE 702 | June 21, 2019 |
| Opposition(s) to Dispositive Motion(s) and motions to exclude expert testimony under Daubert and/or FRE 702 | August 9, 2019 |
| Reply in support of Dispositive Motion(s) and Dauber motions to exclude expert testimony under Daubert and/or FRE 702 | September 6, 2019 |
| Hearing on dispositive motions (motion cutoff) | October 4, 2019 |
| Final Pretrial Conference<br><br>The parties will confer with the Court regarding trial date, trial schedule, and pre-trial motions at the Final Pretrial Conference. | November 4, 2019 |