IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVAN NIBUR, LAWRENCE ROSS, JASE LUNA, MATTHEW WILLENBUCHER, and the DUANE & VIRGINIA LANIER TRUST, Individually and on behalf of all others Similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST Ii, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT Scott, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO., LLC (F/K/A MORGAN STANLEY & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS, INC., and RBC CAPITAL MARKETS, LLC,<br><br>    Defendants.<br><br>SANDRIDGE ENERGY, INC.,<br><br>    Nominal Defendant. | Case No. CIV-15-634-SLP |

**SPECIALIZED SCHEDULING ORDER**

The Status/Scheduling Conference was held in this matter on January 30, 2018. Plaintiff appeared through counsel, Jonathan Horne and Nichols Farha. Defendant Sandridge Energy, Inc., appeared through counsel Kiran A. Phansalkar and Mitchell D. Blackburn; Defendants Sandridge Mississippian Trust I and Sandridge Mississippian Trust II appeared through counsel David Springer, Ryan Wilson and William Benesh; Defendant Tom L. Ward appeared through counsel James Ward, David Johnson and George Corbyn, Jr.; Defendants James D. Bennett and Matthew K. Grubb appeared through counsel Joanne Sum-Ping, Mark Gimbel and Thomas Snyder. The following deadlines are set by the Court:

| ACTION | DATE |
| --- | --- |
| Plaintiffs to file motion for class certification | 02/15/2018 |
| Parties to substantially complete document production (with the exception of documents relating to class certification, which shall be produced on a schedule to be negotiated by the parties) | 05/01/2018 |
| Defendants to file response to plaintiffs' motion for class certification | 05/15/2018 |
| Mediation deadline | 06/29/2018 |
| Plaintiffs to file reply, if any, in support of motion for class certification | 07/16/2018 |
| Parties to join additional parties and amend pleadings; thereafter, leave is required | 07/20/2018 |
| Parties to complete fact discovery | 11/13/2018 |
| Plaintiffs to file final list of expert witnesses and to provide expert reports | 12/21/2018 |
| Defendants to file final list of expert witnesses and to provide expert reports | 02/22/2019 |
| Plaintiffs to file list of rebuttal expert witnesses and to provide rebuttal expert reports | 04/08/2019 |
| Parties to complete expert discovery | 05/08/2019 |
| Parties to file dispositive motions and motions to exclude expert testimony under *Daubert* and/or FRE 702 | 06/21/2019 |

| | |
|---|---|
| Parties to file responses to dispositive motions and motions to exclude expert testimony under *Daubert* and/or FRE 702 | 08/09/2019 |
| Parties to file replies, if any, in support of dispositive motions and motions to exclude testimony under *Daubert* and/or FRE 702 | 09/06/2019 |
| Parties to file final lists of witnesses and final lists of exhibits | 10/29/2019 |
| Parties to file objections to final lists of witnesses and exhibits | 11/12/2019 |
| Parties to file a joint memorandum with a proposed trial date, a trial schedule and deadlines for filing and responding to all pretrial filings and for filing the final pretrial report | 11/19/2019 |
| Pretrial Conference | 12/2/2019 @ 9:00 a.m. |

IT IS SO ORDERED this 1st day of February, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE