UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>    Defendants. | Case No.  CIV-15-0634-SLP<br><br>**DECLARATION OF JONATHAN HORNE** |

I, JONATHAN HORNE, pursuant to 28 U.S.C. § 1746, declare:

1. I am an attorney at The Rosen Law Firm, P.A., attorneys for Lead Plaintiffs Ivan Nibur, Lawrence Ross, Jase Luna, Matthew Willenbucher, and the Duane & Virginia Lanier Trust and Movant Deborah Rath in this action.

2. I make this declaration in support of the Motion to Substitute Deborah Rath as Lead Plaintiff. I am above the age of 18 and have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

3. Lead Counsel The Rosen Law Firm, P.A. was retained in this action by Deborah Rath in connection with the claims of the estate of deceased Lead Plaintiff Lawrence Ross. Deborah Rath was appointed as agent and attorney-in-fact with respect to this matter by the personal representative and executrix of the Estate of Lawrence R. Ross, Sonja Rath. I provided copies of the notice and suggestion of death, Dkt. No. 162, to both non-parties, Sonja Rath and Deborah Rath.

4. Attached hereto are true and correct copies of the following documents:

Exhibit A: Letters of Personal Representative issued by the Clerk of the Probate Court for Pima County, Arizona, in the matter of the Estate of Lawrence R. Ross, dated December 7, 2017.

Exhibit B: Limited Appointment of Agent and Attorney-in-Fact signed by Sonja Rath, acting in her capacity as Personal Representative and Executrix of the Estate of Lawrence Ross, dated February 14, 2018.

Exhibit C: Lead Plaintiff certification signed by Deborah Rath, appointed by personal representative Sonja Rath, dated February 14, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of February 2018.

/s/ Jonathan Horne
Jonathan Horne