# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVAN NIBUR, LAWRENCE ROSS, JASE LUNA, MATTHEW WILLENBUCHER, and the DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT SCOTT, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO. LLC (F/K/A MORGAN STANLEY & CO INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., and RBC CAPITAL MARKETS, LLC,<br><br>Defendants.<br><br>SANDRIDGE ENERGY, INC.,<br><br>Nominal Defendant. | **Civil Action No. 15-cv-00634-SLP**<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26, Defendants SandRidge Mississippian Trust I, James D. Bennett, Matthew K. Grubb, and Tom L. Ward, together with nominal defendant SandRidge Energy, Inc. (collectively, "Defendants") and Lead Plaintiffs Ivan Nibur, Jase Luna, Matthew Willenbucher, and the Duane & Virginia Lanier Trust (collectively, "Plaintiffs" and together with Defendants, the "Parties") respectfully move the Court for entry of the [Proposed] Stipulated Protective Order filed contemporaneously herewith. The Parties agree that certain documents and information have been and may be sought or produced in this action, by and between the Parties or third parties, that relate to trade secrets, confidential business and personal information, and other kinds of sensitive information—as defined in the [Proposed] Stipulated Protective Order—which the producing party deems confidential. A protective order is necessary to preserve the confidentiality of such information. Accordingly, and for good cause, the Parties respectfully request that the Court enter the [Proposed] Stipulated Protective Order.

Dated:  March 29, 2018                Respectfully submitted,

*/s/ Nicholas G. Farha*
Nicholas G. Farha, OBA # 21170
Farha Law, PLLC
6301 Waterford Blvd., Suite 110
Oklahoma City, OK 73102-8273
(405) 471-2224

(405) 810-9901 (Facsimile)
nick@farhalawfirm.com

*Liaison Counsel for Plaintiffs*

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
Jonathan Horne, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
(212) 868-1060
(212) 202-3827 (Facsimile)

*Lead Counsel for Plaintiffs*

WOHL & FRUCHTER, LLP
J. Elazar Fruchter, Esq.
570 Lexington Avenue, 16th Floor
New York, NY 10022
(212) 758-4000
(212) 758-4004 (Facsimile)

*Additional Plaintiffs' Counsel*

Dated: March 29, 2018                Respectfully submitted,

/s/ Thomas B. Snyder
SNYDER LAW, PLLC
Thomas B. Snyder, Esq., OBA #31428
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
(405) 234-3800

Of Counsel
COVINGTON & BURLING LLP
Mark P. Gimbel (admitted *pro hac vice*)
C. William Phillips (admitted *pro hac vice*)
Swati R. Prakash (admitted *pro hac vice*)

2

                                  The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

Joanne Sum-Ping (admitted *pro hac vice*)
One Front Street
San Francisco, CA 94111-5356
(415) 591 7046

*Attorneys for Defendants James D. Bennett and Matthew K. Grubb*

Dated:  March 29, 2018                Respectfully submitted,

*/s/ J. Christian Word*
CORBYN HAMPTON, PLLC
George S. Corbyn, Jr., OBA #1910
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, OK 73102
(405) 239-7055

Of Counsel
LATHAM & WATKINS, LLP
J. Christian Word (admitted *pro hac vice*)
Stephen P. Barry (admitted *pro hac vice*)
David L. Johnson (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Steven M. Bauer (admitted *pro hac vice*)
Margaret A. Tough (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8085

*Attorneys for Defendant Tom L. Ward*

Dated:  March 29, 2018          Respectfully submitted,

*/s/ Kiran A. Phansalkar*
CONNER & WINTERS, LLP
Kiran A. Phansalkar, OBA #11470
Mitchell D. Blackburn, OBA #12217
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK 73102
(405) 272-5711

*Attorneys for SandRidge Energy, Inc.*

Dated:  March 29, 2018          Respectfully submitted,

*/s/ Ryan S. Wilson*
WILSON LAW FIRM
Ryan S. Wilson, OBA #14340
Post Office Box 891390
Oklahoma City, OK 73189
Phone: 405.246.0092
Fax: 405.246.9652
Email: ryan@RSWilsonlaw.com

Of Counsel
BRACEWELL LLP
W. Stephen Benesh (admitted *pro hac vice*)
Patrick A. Caballero (admitted *pro hac vice*)
David B. Springer (admitted *pro hac vice*)
111 Congress Ave., Suite 2100
Austin, Texas 78701
(512) 494-3680

*Attorneys for SandRidge Mississippian Trust I*