

# EXHIBIT 13

November 1, 2012



# *Equity Research*

## SandRidge Mississippian Trust

SDT: Q3 2012 Distribution Below On Pricing

**Market Perform / V**

Sector: Exploration & Production
Market Weight

- **Summary:** SandRidge Mississippian Trust declared its Q3 2012 distribution, which came in at $0.68, below our $0.81 estimate and 7% below the target distribution. Versus our model, production volumes came in 6% below as gas was 7% above while crude was 22% below. Crude oil pricing was in line while gas pricing was 9% below us. The distribution is expected to be made on November 29, 2012, for holders of record as of the close on November 14, 2012. We are lowering our EPU estimate for 2012 to $3.07 from $3.18, after adjusting differentials and accounting for an updated drilling schedule, which continues to track ahead of initial projections. We are lowering our 2013 estimate slightly to $3.29 from $3.31 on differentials. Our valuation range remains $18-22 and our NAV estimate is now $18.73/unit.

- **Production 6% Below.** Production came in at 415 Mboe for the three month period ended August 31, 2012. This was 6% below our 443 Mboe estimate. Gas volumes came in at 1,567 MMcf, 7% above our 1,468 MMcf. Oil volumes were 154 Mboe, 22% below our 198 Mboe estimate. 5 rigs were running over the period with 88.7 equivalent development wells on production as of August 31, 2012. Three rigs are currently running, and 34.3 net wells remain to be drilled to satisfy the drilling commitment of 123 wells which is now 72% complete. At these activity levels the drilling commitment would likely be completed by year-end 2013, well ahead of the December 31, 2015, deadline.

### *Earnings Estimate Revised Down*

| EPU | 2011A | 2012E Curr. | 2012E Prior | 2013E Curr. | 2013E Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | NA | $0.79 A | NC | $0.85 | 0.84 |
| Q2 (June) | 1.07 | 0.73 A | NC | 0.84 | 0.83 |
| Q3 (Sep.) | 0.82 | 0.68 A | 0.81 | 0.83 | 0.85 |
| Q4 (Dec.) | 0.79 | 0.88 | 0.86 | 0.77 | 0.79 |
| FY | $2.68 | $3.07 | 3.18 | $3.29 | 3.31 |
| CY | $2.68 | $3.07 | | $3.29 | |
| FY P/EPU | 7.6x | 6.7x | | 6.2x | |
| Rev.(MM) | $82 | $91 | | $97 | |

*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*
*NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*
*V = Volatile, ✦ = Company is on the Priority Stock List*

**Valuation Range: $18.00 to $22.00**
Our valuation range is based on our discounted cash flow model, which is based on our production, price, and cost estimates for SDT units; our current fair value estimate is $18.73 per unit. Key risks for SDT units are oil and gas prices, a relatively high undeveloped reserve percentage, potential tax law changes, and a tight market for oilfield services.

**Investment Thesis:**
SandRidge Mississippian Trust I units are a passive ownership structure of royalty interests in producing and undeveloped reserves of SandRidge Energy's in the Mississippian play of northern Oklahoma. We expect initial distributions to outpace the targeted distributions set during the recent offering; however, we believe this is fully priced by the market at this time. We rate the units Market Perform.

| Ticker | SDT |
|---|---|
| Price (11/01/2012) | $20.42 |
| 52-Week Range: | $19-37 |
| Shares Outstanding: (MM) | 28.0 |
| Market Cap.: (MM) | $571.8 |
| S&P 500: | 1,448.68 |
| Avg. Daily Vol.: | 336,173 |
| Dividend/Yield: | $3.07/15.0% |
| LT Debt: (MM) | $0.0 |
| LT Debt/Total Cap.: | 0.0% |
| ROE: | 0.0% |
| 3-5 Yr. Est. Growth Rate: | 10.0% |
| CY 2012 Est. P/EPU-to-Growth: | 0.7x |
| Last Reporting Date: | 11/01/2012 |
| | After Close |

*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*

**Gordon Douthat, CFA, Senior Analyst**
(303) 863-6920 /
gordon.douthat@wellsfargo.com
**David Tameron, Senior Analyst**
(303) 863-6891 /
david.tameron@wellsfargo.com
**Trevor Seelye, CFA, Associate Analyst**
(303) 863-6880 /
trevor.seelye@wellsfargo.com
**Kevin Berents, Associate Analyst**
(303) 863-6816 /
kevin.berents@wellsfargo.com

**Please see page 3 for rating definitions, important disclosures and required analyst certifications**
All estimates/forecasts are as of 11/01/12 unless otherwise stated.

Together we'll go far



Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

## Company Description:

SandRidge Mississippian Trust is an oil and gas royalty formed in December 2010 that owns royalty interests in 37 horizontal proved developed wells and 123 horizontal proved undeveloped wells located within the Mississippian formation of northern Oklahoma. SandRidge Energy, Inc. will manage the wells, which based on proved reserves are 48% oil and 52% natural gas. The trusts is expected to provide economic benefit to unitholders via quarterly distributions for twenty years following the 2011 IPO, or through March 31, 2031, at which time the remaining non-term assets will be liquidated and the term assets will revert back to SandRidge Energy, Inc.

### Exhibit 1.  Earnings Model

| In millions, except where noted | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12E | 2012E | 1Q13E | 2Q13E | 3Q13E | 4Q13E | 2013E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production Summary** | | | | | | | | | | | |
| Natural Gas (Bcf) | 5.0 | 1.5 | 1.3 | 1.6 | 1.6 | 5.9 | 1.6 | 1.6 | 1.5 | 1.4 | 6.1 |
| Crude Oil/Liquids (MMbbl) | 0.6 | 0.2 | 0.2 | 0.2 | 0.2 | 0.7 | 0.2 | 0.2 | 0.2 | 0.2 | 0.8 |
| NGL | - | - | - | - | - | - | - | - | - | - | - |
| Total (Bcfe) | 8.7 | 2.5 | 2.3 | 2.5 | 2.8 | 10.1 | 2.8 | 2.9 | 2.8 | 2.5 | 11.0 |
| Total (MBoe/d) | 4.0 | 4.5 | 4.1 | 4.5 | 5.1 | 4.6 | 5.3 | 5.3 | 5.0 | 4.5 | 5.0 |
| Yr/Yr Growth | | | | -6% | 6% | 15% | 15% | 28% | 11% | -12% | 9% |
| % Natural Gas | 57% | 59% | 58% | 63% | 55% | 59% | 55% | 55% | 55% | 55% | 55% |
| **Realizations** | | | | | | | | | | | |
| Natural Gas ($/Mcfe) | 3.67 | 4.04 | 4.11 | 3.13 | 3.46 | 6.05 | 3.30 | 3.10 | 3.56 | 3.66 | 3.41 |
| Crude ($/bbl) | 129.17 | 98.32 | 98.17 | 95.46 | 96.35 | 126.41 | 94.26 | 91.49 | 92.72 | 94.31 | 93.20 |
| | | | | | | | | | | | |
| **Wells Fargo Benchmark Commodity Prices** | | | | | | | | | | | |
| Natural Gas ($/Mcf) | $4.10 | $2.80 | $2.27 | $2.80 | $3.33 | $2.80 | $3.59 | $3.33 | $3.93 | $4.05 | $3.73 |
| Crude Oil ($/bbl) | $95.20 | $103.03 | $93.35 | $92.16 | $95.00 | $95.90 | $95.00 | $88.00 | $90.00 | $93.00 | $91.49 |
| NGLs ($/bbl) | $50.60 | $50.69 | $45.93 | $45.34 | $46.74 | $47.17 | $46.74 | $43.30 | $44.28 | $45.78 | $45.01 |
| | | | | | | | | | | | |
| **REVENUES ($MM):** | | | | | | | | | | | |
| Oil and Gas Production | 26% | | | | | 24% | | | | | 21% |
| Natural Gas | $21.6 | $5.9 | $5.4 | $4.9 | $5.4 | $21.7 | $5.2 | $5.0 | $5.4 | $5.1 | $20.7 |
| Crude Oil | 58.6 | 16.7 | 15.4 | 14.7 | 20.4 | 67.2 | 20.0 | 19.8 | 19.1 | 17.7 | 76.6 |
| NGLs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 1.9 | 0.8 | 0.7 | 0.8 | - | 2.4 | - | - | - | - | - |
| Total Revenue | $82.1 | $23.4 | $21.6 | $20.4 | $25.8 | $91.3 | $25.2 | $24.8 | $24.5 | $22.7 | $97.3 |
| | | | | | | | | | | | |
| **OPERATING EXPENSES:** | | | | | | | | | | | |
| Production Costs | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Production & Ad Valorem Taxes | 1.0 | 0.3 | 0.3 | 0.3 | 0.3 | 1.1 | 0.3 | 0.3 | 0.3 | 0.3 | 1.2 |
| General and Admin | 2.3 | 0.3 | 0.3 | 0.3 | 0.3 | 1.3 | 0.3 | 0.3 | 0.3 | 0.3 | 1.3 |
| Other expense (income) | 2.6 | 0.7 | 0.6 | 0.7 | 0.6 | 2.6 | 0.7 | 0.7 | 0.7 | 0.6 | 2.6 |
| Total | $5.8 | $1.3 | $1.2 | $1.3 | $1.2 | $5.0 | $1.3 | $1.3 | $1.3 | $1.2 | $5.1 |
| | | | | | | | | | | | |
| Net Income | $76.2 | $22.1 | $20.4 | $19.1 | $24.6 | $86.2 | $23.9 | $23.5 | $23.2 | $21.5 | $92.1 |
| Incentive Distribution/Subordination | (1.3) | (0.1) | - | - | (0.1) | (0.2) | - | - | - | - | - |
| Net Income to Common Shareholders | $74.9 | $22.0 | $20.4 | $19.1 | $24.5 | $86.1 | $23.9 | $23.5 | $23.2 | $21.5 | $92.1 |
| | | | | | | | | | | | |
| Reported EPS | $2.72 | $0.79 | $0.73 | $0.68 | $0.88 | $3.08 | $0.85 | $0.84 | $0.83 | $0.83 | $3.29 |
| Recurring/Adjusted EPS | $2.68 | $0.79 | $0.73 | $0.68 | $0.88 | $3.07 | $0.85 | $0.84 | $0.83 | $0.77 | $3.29 |
| | | | | | | | | | | | |
| Diluted Shares Outstanding | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 | 28.00 |
| | | | | | | | | | | | |
| Target Distribution | 2.31 | 0.65 | 0.70 | 0.74 | 0.73 | 2.82 | 0.74 | 0.76 | 0.77 | 0.76 | 3.03 |
| Subordination Threshold | 1.85 | 0.52 | 0.56 | 0.59 | 0.58 | 2.25 | 0.59 | 0.61 | 0.61 | 0.61 | 2.43 |
| Incentive Threshold | 2.78 | 0.79 | 0.84 | 0.88 | 0.87 | 3.38 | 0.89 | 0.92 | 0.92 | 0.91 | 3.64 |

Source: Wells Fargo Securities, LLC estimates and company filings

SandRidge Mississippian Trust

**WELLS FARGO SECURITIES, LLC**
**EQUITY RESEARCH DEPARTMENT**

# Required Disclosures



| | Date | Publication Price ($) | Rating Code | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|---|
| ⌐ | 4/7/2011 | | IPO at $21.00 | | | |
| | 5/17/2011 | | Hall | | | |
| ◆ | 5/17/2011 | 26.34 | 2 | 21.00 | 24.00 | 25.31 |
| ■ | 9/1/2011 | | Douthat | | | |
| ● | 10/31/2011 | 26.75 | 2 | 21.00 | 25.00 | 27.22 |
| ● | 1/20/2012 | 31.65 | 2 | 19.00 | 21.00 | 32.41 |
| ● | 5/17/2012 | 26.36 | 2 | 20.00 | 24.00 | 25.67 |
| ● | 10/18/2012 | 21.60 | 2 | 18.00 | 22.00 | 22.21 |

Source: Wells Fargo Securities, LLC estimates and Reuters data

| Symbol Key | | | | Rating Code Key | | | |
|---|---|---|---|---|---|---|---|
| ▼ | Rating Downgrade | ◆ | Initiation, Resumption, Drop or Suspend | 1 | Outperform/Buy | SR | Suspended |
| ▲ | Rating Upgrade | ■ | Analyst Change | 2 | Market Perform/Hold | NR | Not Rated |
| ● | Valuation Range Change | ▢ | Split Adjustment | 3 | Underperform/Sell | NE | No Estimate |

## Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wells Fargo Securities, LLC maintains a market in the common stock of SandRidge Mississippian Trust.
- Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from SandRidge Mississippian Trust.

**SDT:** Key risks for SDT units are oil and gas prices, a relatively high undeveloped reserve percentage, potential tax law changes, and a tight market for oilfield services.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## STOCK RATING

**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY

**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD

**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

## SECTOR RATING

**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

## VOLATILITY RATING

**V** = A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: November 1, 2012

| | |
|---|---|
| 48% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 43% of its Equity Research Outperform-rated companies. |
| 49% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 34% of its Equity Research Market Perform-rated companies. |
| 2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 20% of its Equity Research Underperform-rated companies. |

## Important Disclosure for International Clients

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Services Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL a regulated person under the Act. WFSIL does not deal with retail clients as defined in the Markets in Financial Instruments Directive 2007. The FSA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance, "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc, Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**SandRidge Mississippian Trust**

**WELLS FARGO SECURITIES, LLC**
**EQUITY RESEARCH DEPARTMENT**

**About Wells Fargo Securities, LLC**
Wells Fargo Securities, LLC is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of the New York Stock Exchange, the Financial Industry Regulatory Authority and the Securities Investor Protection Corp.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities, LLC, to be reliable, but Wells Fargo Securities, LLC, does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wells Fargo Securities, LLC, at this time, and are subject to change without notice. For the purposes of the U.K. Financial Services Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2012 Wells Fargo Securities, LLC.

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE