# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDRIDGE ENERGY INC., et al.,<br><br>Defendants. | Case No. CIV-15-00634-SLP |

## DECLARATION OF MARK P. GIMBEL

I, Mark P. Gimbel, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of Covington & Burling LLP, which serves as counsel to defendants James D. Bennett and Matthew K. Grubb. I have been admitted pro hac vice in this action.

2. I provide this declaration to submit certain exhibits cited in Defendants' memorandum of law in support of Defendants' Motion for Partial Judgment on the Pleadings.

3. Attached as Exhibit 1 is a true and correct copy of the Third Consolidated Amended Complaint for Violations of Federal Securities Laws filed in the matter titled *In re SandRidge Energy, Inc. Securities Litigation*, case no. 5:12-cv-01341-W (the "SandRidge Energy Action"). (SandRidge Energy Action, Dkt. 225).

   4. Attached as Exhibit 2 is a true and correct copy of the initial complaint filed in the SandRidge Energy Action.  (SandRidge Energy Action, Dkt. 1).

   5. Attached as Exhibit 3 is a true and correct copy of the SandRidge Energy Court's order consolidating the SandRidge Energy Action with a similar case and appointing several lead plaintiffs with authority to file an amended complaint. (SandRidge Energy Action, Dkt. 60).

   6. Attached as Exhibit 4 is a true and correct copy of the Consolidated Amended Complaint for Violations of Federal Securities Law filed in the SandRidge Energy Action.  (SandRidge Energy Action, Dkt. 67).

   7. Attached as Exhibit 5 is a true and correct copy of the SandRidge Energy Court's order dismissing the Mississippian Trust I and Mississippian Trust II unitholder claims without prejudice for failure to comply with the notice and lead plaintiff requirements of the Public Securities Litigation Reform Act.  (SandRidge Energy Action, Dkt. 180).

 Executed on July 2, 2018 in New York, New York.

                */s/ Mark P. Gimbel*
                Mark P. Gimbel