UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>Defendants. | Case No. 15-cv-00634-G |

**DECLARATION OF STEPHEN P. BARRY IN SUPPORT OF TOM L. WARD'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Stephen P. Barry, do declare and state as follows:

1. I am an associate at the law firm of Latham & Watkins LLP, counsel to Defendant Tom L. Ward in the above-captioned case. I am licensed to practice law in the District of Columbia and Virginia, and am admitted *pro hac vice* to this Court. I have personal knowledge of the facts stated in this declaration.

2. I submit this declaration in support of Mr. Ward's concurrently filed Reply in Support of Defendant Tom L. Ward's Motion for Summary Judgment.

3. Attached hereto as **Reply Exhibit 1** is a true and correct copy of an excerpt of SandRidge Energy, Inc.'s Analyst Meeting Transcript published by S&P Global and dated March 4, 2014. Highlights were applied by counsel for the Court's convenience.

1

4. Attached hereto as **Reply Exhibit 2** is a true and correct excerpt of the Transcript of the February 8, 2019 Deposition of ▮▮▮▮▮.

5. Attached hereto as **Reply Exhibit 3** is a true and correct copy of the U.S. Securities And Exchange Commission's ("SEC") General Instructions for Form 4, Statement of Changes of Beneficial Ownership of Securities.

6. Attached hereto as **Reply Exhibit 4** is a true and correct copy of the SEC Form 4 submitted on behalf of Tom L. Ward in connection with SandRidge Energy, Inc. common stock and dated July 12, 2011.

7. Attached hereto as **Reply Exhibit 5** is a true and correct copy of the SEC Form 4 submitted on behalf of Tom L. Ward in connection with SandRidge Energy, Inc. common stock and dated January 10, 2012.

8. Attached hereto as **Reply Exhibit 6** is a true and correct copy of the SEC Form 4 submitted on behalf of Tom L. Ward in connection with SandRidge Energy, Inc. common stock and dated January 13, 2012.

9. Attached hereto as **Reply Exhibit 7** is a true and correct copy of the SEC Form 4 submitted on behalf of Tom L. Ward in connection with SandRidge Energy, Inc. common stock and dated January 18, 2012.

10. Attached hereto as **Reply Exhibit 8** is a true and correct copy of the SEC Form 4 submitted on behalf of Tom L. Ward in connection with SandRidge Energy, Inc. common stock and dated July 10, 2012.

11. Attached hereto as **Reply Exhibit 9** is a true and correct copy of the SEC Form 4 submitted on behalf of Tom L. Ward in connection with SandRidge Energy, Inc. common stock and dated July 12, 2012.

12. Attached hereto as **Reply Exhibit 10** is a true and correct excerpt of the Transcript of the December 20, 2018 Deposition of Maggie Silvertooth.

13. Attached hereto as **Reply Exhibit 11** is a true and correct excerpt of the Transcript of the December 6, 2018 Deposition of Todd N. Tipton.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities.

Executed this 22nd day of September 2020.

        s/ *Stephen P. Barry*
        Stephen P. Barry *(admitted pro hac vice)*
        LATHAM & WATKINS LLP
        555 Eleventh Street, NW, Suite 1000
        Washington, DC  20004
        Telephone:  (202) 637-2200
        Facsimile:  (202) 637-2201
        Email: stephen.barry@lw.com

        *Attorney for Defendant Tom L. Ward*