UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-15-634-G |
| SANDRIDGE MISSISSIPPIAN TRUST I et al., | ) ) ) | |
| Defendants. | ) | |

## TWELFTH AMENDED SCHEDULING ORDER

Now before the Court is the parties' Joint Motion for Schedule Extension (Doc. No. 431). For good cause shown, the Motion is GRANTED. The current schedule (set forth at Doc. No. 385) is amended as follows:

| | |
|---|---|
| Parties to file final lists of witnesses[1] and final lists of exhibits[2] | Not later than 21 days after the Court decides all Outstanding Motions,[3] the parties will meet and confer and file a report stating either: (i) a joint proposed schedule for the filing of final witness and exhibit lists and objections to exhibits; or |

---

[1] Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i), each party's final list of witnesses should "separately identify[] those [witnesses] the party expects to present and those it may call if the need arises." Absent good cause, no witness shall be permitted to testify in a party's case-in-chief if the witness is not included on that party's final list of witnesses.

[2] Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii), each party's final list of exhibits shall "separately identify[] those [exhibits] the party expects to offer and those it may offer if the need arises." Absent good cause, no exhibit shall be admitted in a party's case-in-chief if the exhibit is not included on that party's final list of exhibits.

[3] Doc. Nos. 360, 370, 373, 387, 393, 397, 413, 420, 425, 365, 367, 368, 400, 402, 404, 417, 419, 427, 361, 399, 421, 170, 202, 235, 357, 386, 415, 407, 409, 411.

|  | (ii) the parties' respective positions on such schedule, including any argument that the schedule should not be issued at that time. |
|---|---|
| Parties to file objections to exhibits | See above. |

A pretrial conference will be set by separate order. The parties shall, no later than seven days prior to the pretrial conference, file a joint memorandum that proposes a trial date and deadlines for filing the Final Pretrial Report and filing and responding to all other final pretrial papers, including designations of deposition testimony to be used at trial, motions in limine, trial briefs, requested voir dire, and proposed jury instructions.

IT IS SO ORDERED this 9th day of October, 2020.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge