UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>  v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>                    Defendants. | Case No. 15-cv-00634-G |

**JOINT STIPULATION AND MOTION TO STAY OUTSTANDING MOTIONS AND DEADLINES AS TO DEFENDANT TOM L. WARD AND TO SET DATE FOR PRELIMINARY SETTLEMENT APPROVAL MOTION**

1

Defendant Tom L. Ward ("Mr. Ward") and Lead Plaintiffs Ivan Nibur, Deborah Rath, Jase Luna, Matthew Willenbucher, Reed Romine, and the Duane & Virginia Lanier Trust ("Lead Plaintiffs"), by and through their undersigned counsel, submit the following stipulation and jointly move the Court to stay all pending motions and outstanding case deadlines applicable to Mr. Ward, and to set a date for Lead Plaintiffs to file a motion for preliminary approval of a proposed settlement agreement between Mr. Ward and Lead Plaintiffs (together, the "Parties").

## STIPULATION AND JOINT MOTION

**WHEREAS**, on November 11, 2016, Lead Plaintiffs filed a Consolidated Amended Complaint for Violations of the Federal Securities Laws (ECF No. 78);

**WHEREAS**, on February 15, 2018, Lead Plaintiffs filed a Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel (ECF No. 170) (the "Motion for Class Certification");

**WHEREAS**, on September 6, 2019, the Court conducted a hearing on Lead Plaintiffs' Motion for Class Certification;

**WHEREAS**, pending before the Court are numerous Outstanding Motions, as defined in the Court's Twelfth Amended Scheduling Order (ECF No. 432), including, *inter alia*, the Motion for Class Certification; Mr. Ward's Motion for Summary Judgment (ECF No. 373); Defendants' Motion for Reconsideration Under Rule 54(b) (ECF No. 361); and multiple *Daubert* motions to exclude expert testimony (ECF Nos. 365, 367, 368);

**WHEREAS**, the Parties participated in an in-person mediation with Judge Layn

R. Phillips on December 13, 2019, and continued settlement discussions thereafter;

**WHEREAS**, the Parties have reached an agreement in principle to settle all claims asserted against Mr. Ward, subject to, among other items, definitive documentation and the Court's approval;

**WHEREAS**, the Parties are continuing to formalize the final terms of the settlement;

**NOW THEREFORE, MR. WARD AND LEAD PLAINTIFFS HEREBY STIPULATE AND MOVE THE COURT TO ISSUE THE FOLLOWING ORDER:**

1. Mr. Ward's motion for summary judgment, and all other Outstanding Motions and pending deadlines with respect to Mr. Ward, are stayed;

2. Lead Plaintiffs will move for preliminary approval of the settlement on or before September 1, 2021 or, if unable to do so by that date, Lead Plaintiffs will file a further stipulation requesting additional time to seek preliminary settlement approval.

**IT IS SO STIPULATED.**

Dated: June 7, 2021

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **CORBYN LAW FIRM** |

*/s/ J. Christian Word*
J. Christian Word (*pro hac vice*)
Stephen P. Barry (*pro hac vice*)
David L. Johnson (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
christian.word@lw.com
stephen.barry@lw.com
david.johnson@lw.com
(202) 637-2200

Steven M. Bauer (*pro hac vice*)
505 Montgomery St., Suite 2000
San Francisco, CA 94111
steven.bauer@lw.com

*/s/ George S. Corbyn*
George S. Corbyn, Jr., OBA #1910
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, OK 73102
gcorbyn@corbynlaw.com
kcaldwell@corbynlaw.com
(405) 239-7055

*Attorneys for Defendant Tom L. Ward*

THE ROSEN LAW FIRM, P.A.

*/s/ Jonathan Horne*
Laurence M. Rosen, Esq. (admitted *pro hac vice*)
(*Signed by filing Attorney with permission of Attorney*)
lrosen@rosenlegal.com
Phillip Kim, Esq. (admitted *pro hac vice*)
pkim@rosenlegal.com
Jonathan Horne, Esq. (admitted *pro hac vice*)
jhorne@rosenlegal.com
275 Madison Avenue, 34th Floor
New York, NY 10016
(212) 868-1060

*Lead Counsel for Plaintiffs*

FARHA LAW, PLLC
Nicholas G. Farha, OBA # 21170
nick@farhalawfirm.com
6301 Waterford Blvd., Suite 110
Oklahoma City, OK 73102-8273
(405) 471-2224

*Liaison Counsel for Plaintiffs*

WOHL & FRUCHTER, LLP
J. Elazar Fruchter, Esq.
jfruchter@wohlfruchter.com
570 Lexington Avenue, 16th Floor
New York, NY 10022
(212) 758-4000

*Additional Plaintiffs' Counsel*