## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated, <br><br>　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al., <br><br>　　　　　　　　Defendants. | Case No. 15-cv-00634-G |

## PROPOSED ORDER GRANTING MOTION TO STAY OUTSTANDING MOTIONS AND DEADLINES AS TO DEFENDANT TOM L. WARD AND TO SET DATE FOR PRELIMINARY SETTLEMENT APPROVAL MOTION

1

## [PROPOSED] ORDER

For good cause shown, the foregoing Joint Stipulation and Motion to Stay Outstanding Motions and Deadlines as to Defendant Tom L. Ward and to Set Date for Preliminary Settlement Approval Motion is approved and it is hereby **ORDERED** that:

1. In light of the agreement in principle reached by Defendant Tom L. Ward and Lead Plaintiffs to settle all claims against Mr. Ward, any Outstanding Motions and pending deadlines are hereby stayed as to Plaintiffs and Mr. Ward;

2. Lead Plaintiffs will move for preliminary approval of the settlement on or before September 1, 2021 or, if they are unable to do so, shall file a further stipulation requesting additional time to seek settlement approval.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: _____                    _____
                                         THE HONORABLE CHARLES B. GOODWIN
                                         UNITED STATES DISTRICT JUDGE