UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>           Defendants. | Case No. 5:15-CV-00634-G |

**JOINT MOTION FOR SCHEDULE EXTENSION**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(h), Lead Plaintiffs Ivan Nibur, Deborah Rath, Jase Luna, Matthew Willenbucher, Reed Romine, and the Duane & Virginia Lanier Trust (collectively, "Plaintiffs"), and Defendants James Bennett and Matthew K. Grubb (collectively, "Defendants" and, together with Plaintiffs, the "Parties") by and through their undersigned counsel, respectfully move the Court for an Order modifying the current schedule compelling Plaintiffs to file their motion and briefing in support of preliminary settlement approval by September 1, 2021 (ECF No. 443), as set forth below.

On June 7, 2021 and August 2, 2021, the Parties filed Joint Motions to Stay Outstanding Motions and Deadlines. ECF Nos. 441, 442 (the "Joint Motions"). In each of the Joint Motions, the Parties advised the Court that they have reached an agreement, in

- 1 -

principle, to settle all claims in the above-captioned matter and the related action captioned *Glitz v. SandRidge Energy, Inc., et al.*, No. 15-cv-01341-G (W.D. Okla. 2012) (the "*Glitz* Action"). The Joint Motions further stipulated that Plaintiffs intended to move for preliminary approval of the settlement on or before September 1, 2021, or if necessary, that Plaintiffs would file a further stipulation requesting additional time to seek preliminary settlement approval. ECF No. 441 at 2; ECF No. 442 at 2. The Court granted the Joint Motions on August 10, 2021. ECF No. 443.

The Parties have been diligently negotiating a stipulation of settlement and coordinating efforts with the plaintiffs in the *Glitz* Action, but the process is taking longer than initially anticipated because of the complexities of structuring and preparing long-form settlement stipulations governing two related securities class actions, and the Parties are accordingly requesting additional time to finalize the settlement.

## RELIEF REQUESTED

The Parties have stipulated to a modest extension of the deadline for Plaintiffs' preliminary settlement approval motion and briefing, pending approval by the Court, as set forth in the chart below. The Parties hereby request that the deadline for filing Plaintiffs' preliminary settlement approval papers be modified from on or before September 1, 2021 to on or before October 1, 2021.

Good cause exists to modify the current schedule. The Parties are continuing to formalize the final terms of their settlement and require additional time to complete definitive documentation of their settlement agreement so that they can continue to work towards a successful global resolution of the instant litigation and the related *Glitz* Action.

A proposed order is filed herewith.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs to file their motion for preliminary approval of the settlement | September 1, 2021 | October 1, 2021 |

DATED:  August 19, 2021

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (admitted *pro hac vice*)
Phillip Kim, Esq. (admitted *pro hac vice*)
Jonathan Horne, Esq. (admitted *pro hac vice*)


  /s/Jonathan Horne
JONATHAN HORNE

275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
lrosen@rosenlegal.com
pkim@rosenlegal.com
jhorne@rosenlegal.com

*Lead Counsel for Plaintiffs*


FARHA LAW, PLLC
Nicholas G. Farha, OBA No. 21170
1900 NW Expressway, Suite 501
Oklahoma City, OK 73118
Telephone: (405) 471-2224
nick@farhalawfirm.com

*Liaison Counsel for Plaintiffs*

                                      WOHL & FRUCHTER, LLP
                                      J. Elazar Fruchter, Esq.
                                      570 Lexington Avenue, 16th Floor
                                      New York, NY 10022
                                      Telephone:  (212) 758-4000
                                      jfruchter@wohlfruchter.com

*Additional Plaintiffs' Counsel*

Dated: August 19, 2021

/s/Evan G.E. Vincent

CROWE & DUNLEVY
Evan G.E. Vincent, OBA #22325
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
Telephone: 405/239-6696
evan.vincent@crowedunlevy.com


LATHAM & WATKINS LLP
J. Christian Word (*pro hac vice*)
Stephen P. Barry (*pro hac vice*)
David L. Johnson (*pro hac vice*)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
christian.word@lw.com
stephen.barry@lw.com
david.johnson@lw.com
(202) 637-2200

Steven M. Bauer (*pro hac vice*)
505 Montgomery St., Suite 2000
San Francisco, CA 94111
steven.bauer@lw.com


COVINGTON & BURLING LLP
Mark P. Gimbel (*pro hac vice*)
mgimbel@cov.com
C. William Phillips (*pro hac vice*)
cphillips@cov.com
The New York Times Building
620 Eight Avenue
New York, NY 10018-1405
(212) 841-1000

*Attorneys for Defendants James D. Bennett
and Matthew K. Grubb*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I electronically transmitted the attached Unopposed Motion for Schedule Extension using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

/s/Jonathan Horne
JONATHAN HORNE