# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>SANDRIDGE MISSISSIPPIAN TRUST I et al., <br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-634-G<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court is a Joint Motion for Schedule Extension (Doc. No. 444). For good cause shown, the Motion is GRANTED. Plaintiffs shall file their motion for preliminary approval of the settlements as to Defendants Tom Ward, James Bennett, and Matthew Grubb on or before October 1, 2021.

IT IS SO ORDERED this 20th day of August, 2021.

_____
CHARLES B. GOODWIN
United States District Judge