# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER
TRUST, individually and on behalf of all
others similarly situated,

    Plaintiffs

v.

SANDRIDGE MISSISSIPPIAN
TRUST I, et al.

    Defendants

No. CIV-15-634-G

## **MOTION TO APPEAR TELEPHONICALLY**

Defendant SandRidge Energy, Inc., ("SandRidge") by and through its counsel of record, respectfully requests the Court permit lead counsel Herbert Beigel to appear at the upcoming status conference and motion hearing by telephone or other remote means. In support of this request, SandRidge would state as follows:

1. On January 7, 2021, SandRidge filed its Motion to Dismiss (Dkt. No. 433). Plaintiffs timely filed their Opposition to Defendant SandRidge Energy, Inc.'s Motion to Dismiss (Dkt. No. 434), and SandRidge subsequently filed a Reply in Support of Its Motion to Dismiss (Dkt. No. 436).

2. The Court recently set a status conference and motion hearing in this matter for September 24, 2021 at 10:30 a.m. Order (Dkt. No. 446).

3. Among other topics, the Court's Order states that the parties should be prepared to discuss SandRidge's Motion to Dismiss. Id.

4. Western District Local Civil Rule 16(b)(4) states that "[w]hen justified by the circumstances, the court may allow counsel or a party to participate in [a status and scheduling] conference by telephone."

5. SandRidge's lead counsel in this matter is Herbert Beigel. He has complete knowledge of SandRidge's Motion to Dismiss and has also been the only attorney involved in discussions with other parties on issues such as settlement or treatment of other defendants.

6. Mr. Beigel must travel to Los Angeles, California on the evening of September 24, 2021, and he has already made travel arrangements for that trip from his home in Arizona.

7. SandRidge does not believe any party would be prejudiced by his appearing via telephone. However, SandRidge could potentially be prejudiced if Mr. Beigel were unable to appear telephonically, and appearing in person would pose a hardship to Mr. Beigel.

WHEREFORE Defendant SandRidge Energy, Inc. respectfully requests the Court exercise its discretion under Local Rule 16(b)(4) and permit counsel to appear telephonically at the status conference and motion hearing currently set for September 24, 2021.

Respectfully submitted,

s/Jason L. Callaway
J. Christopher Davis, OBA No. 16639
Jason L. Callaway, OBA No. 31958
JOHNSON & JONES, P.C.
Two Warren Place
6120 S. Yale, Suite 500
Tulsa, Oklahoma 74136
Telephone: (918) 584-6644
Facsimile: (888) 789-0940
cdavis@johnson-jones.com
jcallaway@johnson-jones.com

and

Herbert Beigel, *admitted pro hac vice*
5641 N. Chieftain Trail
Tucson, Arizona 85739
Telephone: (520) 825-1995
Facsimile: (520) 844-6215
hbeigel@me.com
**Counsel for Defendant**
**SANDRIDGE ENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, a true and correct copy of the foregoing was filed and served via the CM/ECF e-file system and/or U.S Mail upon the following:

Laurence M. Rosen lrosen@rosenlegal.com
Phillip Kim pkim@rosenlegal.com
Darren B. Derryberry dderryberr@derryberrylaw.com
Jonathan Horne jhorne@rosenlegla.com
Joshua E. Baker jbaker@rosenlegal.com
Keith R. Lorenze klorenze@rosenlegal.com
Nicholas G. Farha nick@farhalawfirm.com
Amy H. Bond abond@cov.com
C. Williams Phillips cphillips@cov.com
Christopher Yuk Lun Yeung cyeung@cov.com
Herbert Beigel hbeigel@me.com
Joanne Sum-Ping jsumping@cov.com

Jordan S. Joachim jjoachim@cov.com
Karen A. Phansalker kphansalkar@cwlaw.com
Mark P. Gimbel mgimbel@cov.com
Mitchell D. Blackburn mblackburn@cwlaw.com
Robert A. Nance rnance@riggsabney.com
Swati R. Prakash sprakash@cov.com
Karolyn R. Bilanko Carolyn.bilanko@bracewellaw.com
David B. Springer david.springer@bracewell.com
Patrick A. Caballero Patrick.caballero@bgllp.com
Ryan S. Wilson ryan@rswilsonlaw.com
Williams S. Benesh steve.benesh@bgllp.com
Christopher J. Fawal christopher.fawal@lw.com
Davind L. Johnson david.johnson@lw.com
George S. Corbyn, Jr. gcorbyn@corbynlaw.com
James C. Word Christian.word@lw.com
Joe M. Hampton jhamptom@hbplawok.com
Norman G. Anderson norman.anderson@lw.com
Stephen P. Barry Stephen.barry@lw.com
Steven M. Bauer Steven.gauer@lw.com
Evan Vincent evan.vincent@crowedunlevy.com
Thomas B. Snyder Thomas.Snyder@usdoj.gov
Andrew L. Schwartz aschwartz@rgrdlaw.com
David Rosenfeld drosenfeld@rgrdlaw.com
Evan J. Kaufman ekaufman@rgrdlaw.com
Samuel H. Rudman srudman@rgrdlaw.com
Sean T. Mason smasson@rgrdlaw.com

                                                                s/Jason L. Callaway