UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-634-G<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court is Defendant Sandridge Energy, Inc.'s Motion (Doc. No. 447) for its lead counsel, Herbert Beigel, to appear telephonically for the status conference and motion hearing scheduled for September 24, 2021. In support of its Motion, Defendant Sandridge Energy states that Mr. Beigel is planning to travel to Los Angeles, California, on the evening of September 24, 2021.

The Motion is DENIED. The hearing in this matter is to be held at 10:30 a.m. in the William J. Holloway Jr. United States Courthouse in Oklahoma City, Oklahoma, and it is not expected to last beyond an hour or two. There is ample time and opportunity for Mr. Beigel to adjust his travel plans to fly from Oklahoma City to Los Angeles during the afternoon or evening of September 24.

IT IS SO ORDERED this 8th day of September, 2021.

*[signature: Charles B. Goodwin]*

CHARLES B. GOODWIN
United States District Judge