# COURTROOM MINUTE SHEET

DATE  09/24/2021

CASE NUMBER  CIV-12-1341-G
              CIV-15-634-G

Glitz et al                              -vs-  Sandridge Energy Inc et al
Duane and Virginia Lanier Trust          -vs-  Sandridge Energy Inc et al

COMMENCED  10:38          ENDED  11:52          TOTAL TIME  1 hr 14 mins

PROCEEDINGS  Motion Hearing

JUDGE  CHARLES B. GOODWIN        DEPUTY  JACOB BUCKLE        REPORTER  TRACY THOMSPSON

PLF COUNSEL  Kaufman, Gilroy, Derryberry, Horne, Baker

DFT COUNSEL  Gimbel, Phillips, Word, Bauer, Barry, Beigel, Callaway, Benesh

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Hearing held. Order to issue.