# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No. CIV-15-634-G |
| **SANDRIDGE MISSISSIPPIAN TRUST I et al.,** ) ) ) | |
| **Defendants.** ) | |

## ORDER

At the September 24, 2021 hearing and status conference, Plaintiffs moved orally for an extension of time to file their motion for preliminary approval of the settlements as to Defendants Tom Ward, James Bennett, and Matthew Grubb. The motion was unopposed. For good cause shown, the motion is GRANTED. Plaintiffs shall file their motion for preliminary approval on or before October 29, 2021.

IT IS SO ORDERED this 24th day of September, 2021.

CHARLES B. GOODWIN
United States District Judge