UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DUANE & VIRGINIA LANIER TRUST**, individually and on behalf of all others similarly situated, ) ) ) ) | |
| **Plaintiffs**, ) ) | |
| v. ) ) | Case No. CIV-15-634-G |
| **SANDRIDGE MISSISSIPPIAN TRUST I et al.**, ) ) ) | |
| **Defendants.** ) | |

## ORDER

Due to the anticipated motion for preliminary approval of settlements as to Defendants Tom Ward, James Bennett, and Matthew Grubb, and based on the parties' request at the September 24, 2021 hearing and status conference that the Court defer ruling on outstanding motions pending resolution of the settlements, the Court STAYS all outstanding motions in this action,[1] with the exception of Defendant SandRidge Mississippian Trust I's Motion for Summary Judgment (Doc. No. 360).

IT IS SO ORDERED this 29th day of September, 2021.

CHARLES B. GOODWIN
United States District Judge

---

[1] Doc. Nos. 170, 236, 245, 357, 361, 365, 367, 368, 407.