# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST,
individually and on behalf of all others
similarly situated,

                    Plaintiffs,                    Case No. 5:15-CV-00634-G

        v.

SANDRIDGE MISSISSIPPIAN TRUST I,
et al.,

                    Defendants.

## JOINT MOTION FOR SCHEDULE EXTENSION

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(h), Lead Plaintiffs Ivan Nibur, Deborah Rath, Jase Luna, Matthew Willenbucher, Reed Romine, and the Duane & Virginia Lanier Trust (collectively, "Plaintiffs"), and Defendants Tom L. Ward ("Ward"), Matthew K. Grubb ("Grubb"), and James D. Bennett ("Bennett") (collectively, "Defendants" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel, respectfully move the Court for an Order extending the current schedule for Plaintiffs to file their motion and briefing in support of preliminary settlement approval from November 12, 2021 (ECF No. 459) to November 16.

The Parties are in the process of finalizing a small number of remaining issues related to the stipulation of settlement and exhibits, but anticipate that Plaintiffs will be able to file for preliminary approval of the Settlement in short order. The Parties therefore

request a very short extension of the November 12 deadline by two business days, to November 16, in order to finalize, and secure approval of, the stipulation of settlement and its exhibits.

## RELIEF REQUESTED

The Parties have stipulated to a modest extension of the deadline for Plaintiffs' preliminary settlement approval motion and briefing, pending approval by the Court, as set forth in the chart below. The Parties hereby request that the deadline for filing Plaintiffs' preliminary settlement approval papers be modified from on or before November 12, 2021 to on or before November 16, 2021.

Good cause exists to modify the current schedule. The Parties are diligently continuing to finalize the terms of their settlement and require additional time to complete definitive documentation of their settlement agreement, including exhibits and notices to the class, so that they can continue to work towards a successful global resolution of the instant litigation and the related *Glitz* Action.

A proposed order is filed herewith.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs to file their motion for preliminary approval of the settlement | November 12, 2021 | November 16, 2021 |

DATED:  November 12, 2021

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (admitted *pro hac vice*)
Phillip Kim, Esq. (admitted *pro hac vice*)
Jonathan Horne, Esq. (admitted *pro hac vice*)


*/s/Jonathan Horne*
JONATHAN HORNE
*(Signed by filing Attorney with permission of Attorney)*
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
lrosen@rosenlegal.com
pkim@rosenlegal.com
jhorne@rosenlegal.com

*Lead Counsel for Plaintiffs*


FARHA LAW, PLLC
Nicholas G. Farha, OBA No. 21170
1900 NW Expressway, Suite 501
Oklahoma City, OK 73118
Telephone: (405) 471-2224
nick@farhalawfirm.com

*Liaison Counsel for Plaintiffs*

WOHL & FRUCHTER, LLP
J. Elazar Fruchter, Esq.
570 Lexington Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 758-4000
jfruchter@wohlfruchter.com

*Additional Plaintiffs' Counsel*

Dated:  November 12, 2021

| /s/J. Christian Word | /s/Evan G.E. Vincent |
|---|---|
| LATHAM & WATKINS LLP | CROWE & DUNLEVY |
| J. Christian Word (*pro hac vice*) | Evan G.E. Vincent, OBA #22325 |
| Stephen P. Barry (*pro hac vice*) | *(Signed by filing Attorney* |
| David L. Johnson (*pro hac vice*) | *with permission of Attorney)* |
| 555 Eleventh Street, NW | 324 North Robinson Avenue, Suite 100 |
| Suite 1000 | Oklahoma City, OK  73102 |
| Washington, DC  20004 | Telephone:  405/239-6696 |
| Telephone:  202/637-2200 | evan.vincent@crowedunlevy.com |
| christian.word@lw.com | |
| stephen.barry@lw.com | *Attorneys for Defendants James D. Bennett* |
| david.johnson@lw.com | *and Matthew K. Grubb* |

Steven M. Bauer (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:  415/391-0600
steven.bauer@lw.com

| | /s/George S. Corbyn, Jr. |
|---|---|
| COVINGTON & BURLING LLP | CORBYN LAW FIRM |
| Mark P. Gimbel (*pro hac vice*) | George S. Corbyn, Jr., OBA #1910 |
| C. William Phillips (*pro hac vice*) | *(Signed by filing Attorney* |
| Christopher Y.L. Yeung (*pro hac vice*) | *with permission of Attorney)* |
| The New York Times Building | 211 North Robinson, Suite 1910 |
| 620 Eighth Avenue | One Leadership Square |
| New York, NY  10018-1405 | Oklahoma City, OK  73102 |
| Telephone:  212/41-1000 | Telephone:  405/239-7055 |
| mgimbel@cov.com | gcorbyn@corbynlaw.com |
| cphillips@cov.com | |
| cyeung@cov.com | *Attorneys for Defendant Tom L. Ward* |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 12, 2021, I electronically transmitted the attached Joint Motion for Schedule Extension using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

*/s/ J. Christian Word*
_____
J. CHRISTIAN WORD
