# EXHIBIT A

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

November 19, 2021

**VIA U.S. CERTIFIED MAIL**

To: The United States Attorney General and All State Attorneys General on the Attached Service List A

Re: Notice of Proposed Class Action Settlements
*In re SandRidge Energy, Inc. Securities Litigation*, No. 5:12-cv-01341-G (W.D. Okla.); and *Duane & Virginia Lanier Trust, et al. v. SandRidge Mississippian Trust I, et al.*, No. 5:15-cv-00634-G (W.D. Okla.)

Dear Attorneys General:

I write on behalf of Tom L. Ward, Matthew K. Grubb, and James D. Bennett ("Settling Defendants") regarding proposed class action settlements in the matters of *In re SandRidge Energy, Inc. Securities Litigation*, No. 5:12-cv-01341-G (W.D. Okla.) (the "Glitz Settlement"), and *Duane & Virginia Lanier Trust, et al. v. SandRidge Mississippian Trust I, et al.*, No. 5:15-cv-00634-G (W.D. Okla.) (the "Lanier Settlement"), both of which are pending in the U.S. District Court for the Western District of Oklahoma. In compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), the Settling Defendants hereby serve upon you notice of these two proposed class action settlements.

The first proposed class action settlement—the Glitz Settlement—is between the class representatives Laborers Pension Trust Fund for Northern Nevada, Construction Laborers Pension Trust of Greater St. Louis, and Angelica Galkin, on behalf of themselves and on behalf of a class of persons who purchased or otherwise acquired common stock of SandRidge Energy, Inc. between February 24, 2011 and November 8, 2012, inclusive, and were damaged thereby, and the Settling Defendants.

The second proposed class action settlement—the Lanier Settlement—is between the plaintiffs Ivan Nibur, Deborah Rath, Jase Luna, Reed Romine, Matthew Willenbucher, and the Duane & Virginia Lanier Trust, on behalf of themselves and on behalf of a putative class of persons who purchased or otherwise acquired common units of SandRidge Mississippian Trust I between April 5, 2011 through November 8, 2012, inclusive, or common units of SandRidge Mississippian Trust II between April 17, 2012 through November 8, 2012, inclusive, and were damaged thereby, and the Settling Defendants.

November 19, 2021
Page 2

LATHAM&WATKINS LLP

The Settling Defendants deny the allegations in the complaints in connection with both the Glitz Settlement and the Lanier Settlement and deny any liability whatsoever, but have decided to settle these actions solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with CAFA, the following documents referenced below relating to the proposed settlements are included in the compact disc accompanying this letter:

**I.    GLITZ SETTLEMENT MATERIALS –** *IN RE SANDRIDGE ENERGY, INC. SECURITIES LITIGATION*, **NO. 5:12-CV-01341-G (W.D. OKLA.)**

1. Class Action Complaint, ECF No. 1.

2. Consolidated Amended Complaint, ECF No. 67.

3. Corrected Consolidated Amended Complaint, ECF No. 75.

4. Second Consolidated Amended Complaint, ECF No. 188.

5. Third Consolidated Amended Complaint, ECF No. 225.

6. Plaintiffs' Memorandum Of Law In Support Of Unopposed Motion For Preliminary Approval Of Settlement, ECF No. 564, and accompanying exhibits:

    A. Stipulation And Agreement Of Settlement ("Glitz Stipulation"), ECF No. 564-1.

    B. [Proposed] Order Preliminarily Approving Settlement Pursuant To Fed. R. Civ. P. 23(e)(1) And Permitting Notice To The Class, ECF No. 564-1, Exhibit A.

    C. Notice Of Pendency Of Proposed Settlement Of Class Action, ECF No. 564-1, Exhibit A-1.

    D. Proof Of Claim And Release, ECF No. 564-1, Exhibit A-2.

    E. Summary Notice, ECF No. 564-1, Exhibit A-3.

    F. [Proposed] Final Judgment And Order Of Dismissal With Prejudice, ECF No. 564-1, Exhibit B.

    G. Declaration Of Joseph Mahan Regarding Notice Plan, ECF No. 564-2.

**II.   LANIER SETTLEMENT MATERIALS –** *DUANE & VIRGINIA LANIER TRUST, ET AL. v. SANDRIDGE MISSISSIPPIAN TRUST I, ET AL.*, **NO. 5:15-CV-00634-G (W.D. OKLA.)**

1. Complaint, ECF No. 1.

2. Consolidated Amended Complaint, ECF No. 78.

  3.  Supplemental Allegations, ECF No. 120.

  4.  Notice Of Unopposed Motion For Entry Of Order Preliminarily Approving Settlement And Establishing Procedures, ECF No. 461.

    A.  [Proposed] Order Granting Lead Plaintiffs' Motion For Preliminary Approval Of Partial Class Action Settlement, ECF No. 461-1.

  5.  Plaintiffs' Memorandum Of Law In Support Of Unopposed Motion For Entry Of Order Preliminarily Approving Settlement And Establishing Notice Procedures, ECF No. 462.

  6.  Stipulation And Agreement Of Settlement ("Lanier Stipulation"), ECF No. 463.

    A.  Notice Of Pendency And Proposed Partial Settlement Of Class Action, ECF No. 463-1.

    B.  Proof Of Claim And Release Form, ECF No. 463-2.

    C.  Summary Notice Of Pendency And Proposed Partial Class Action Settlement, ECF No. 463-3.

    D.  [Proposed] Order And Partial Final Judgment, ECF No. 463-4.

  The hearings for preliminary approval of the Lanier Settlement and Glitz Settlement have not yet been scheduled, but will be heard before the Honorable Charles Goodwin. No final judgment or notice of dismissal has yet been entered in these matters. The Glitz Settlement Materials include a Proposed Final Judgment and Order of Dismissal With Prejudice and the Lanier Settlement Materials include a Proposed Order and Partial Final Judgment. No written judicial opinions relating to the Glitz Settlement or Lanier Settlement exist as of the date of this letter.

  Settling Defendants hereby advise you that contemporaneous with the execution of the Lanier Stipulation and Glitz Stipulation, the parties to each settlement executed a Confidential Supplemental Agreement Regarding Requests for Exclusion (the "Supplemental Agreements"). The Supplemental Agreements set forth certain conditions under which the Settling Defendants shall have the option to terminate the settlements and render the Lanier Stipulation and/or Glitz Stipulation void. The parties have agreed to maintain the confidentiality of the Supplemental Agreements, which shall not be disclosed or filed unless required by the District Court. It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Fed. Judicial Ctr., Manual for Complex Litigation (4th ed.) § 21.631.

  The Settling Defendants have no information or records from which any feasible or reliable estimate of the information specified in 28 U.S.C. § 1715(b)(7)(A) or (B) can be made. Because these settlements relate to securities class actions, the settlement classes are likely to be national

LATHAM&WATKINS LLP

in scope.  A complete list of members of the proposed settlement class members does not exist because many shares of SandRidge Energy, Inc. common stock and common units of SandRidge Mississippian Trust I and SandRidge Mississippian Trust II are held in street name.  The only practical way to reach the majority of the members of the proposed settlement classes is by disseminating and publishing notice.  It is also not possible at this time to provide the estimated proportionate share of the claims of proposed settlement class members residing in any state to the entire settlement.  Much of this information may become available to plaintiffs' counsel and the Claims Administrators if the settlement class members submit proofs of claims.  The proposed form of Notice included with the Glitz Settlement Materials provides an estimate, supplied by plaintiffs' counsel, that the average recovery in the Glitz Settlement will be approximately $0.055 per share of SandRidge Energy Inc. common stock (before the deduction of any Court-approved fees, expenses, and costs), depending on the total claims of all settlement class members and other factors.  The proposed form of Notice included with the Lanier Settlement Materials provides an estimate, supplied by plaintiffs' counsel, that the average recovery in the Lanier Settlement will be approximately $0.289 per common unit of SandRidge Mississippian Trust I or SandRidge Mississippian Trust II (before the deduction of any Court-approved fees, expenses, and costs), depending on the total claims of all settlement class members and other factors.

Please contact me if you have any questions.

Respectfully,

/s/ J. Christian Word
J. Christian Word (VA Bar No. 46008)
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
christian.word@lw.com
(202) 637-2200

*Attorneys for Settling Defendant Tom L. Ward*

/s/  Mark P. Gimbel
Mark P. Gimbel (NY Bar No. 2998102)
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
mgimbel@cov.com
(212) 841-1000

*Attorneys for Settling Defendants James D. Bennett and Matthew K. Grubb*

**Appendix A**
**CAFA Notice Service List**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Austin Knudsen | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 25 Market Street | 8th Fl West Wing | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Oklahoma Attorney General | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

**CAFA Notice Service List**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |