UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>     Defendants. | Case No. 5:15-CV-00634-G |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ONE LEAD PLAINTIFF

Lead Plaintiff Deborah Rath, in support of her motion to withdraw as Lead Plaintiff, states as follows.

1. The Court appointed Deborah Rath as Lead Plaintiff in this Action. Dkt. No. 259.

2. Deborah Rath serves as the Personal Representative of the estate of Lawrence R. Ross ("Estate"). Dkt. No. 167 ¶3.

3. The court administering the Estate has urged that the proceedings be terminated.

4. The Estate's sole remaining beneficiary is Sonja Rath.

5.  After long consideration, and in consideration of Sonja Rath's health, Deborah Rath, on her own behalf and on behalf of the Estate, has determined that she cannot continue to serve as Lead Plaintiff.

6.  Should the Court grant Deborah Rath's motion to withdraw, there would remain four Court-appointed Lead Plaintiffs. Deborah Rath's withdrawal would not affect the other Lead Plaintiffs in this action or otherwise affect the prosecution of this action. [1]

WHEREFORE, the Court should enter [Proposed Order] filed herewith granting Deborah Rath's motion for leave to withdraw as Lead Plaintiff on her own behalf and on behalf of the Estate.

DATED: May 17, 2022

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (admitted *pro hac vice*)
Phillip Kim, Esq. (admitted *pro hac vice*)
Jonathan Horne, Esq. (admitted *pro hac vice*)

*/s/Jonathan Horne*
JONATHAN HORNE

275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
lrosen@rosenlegal.com
pkim@rosenlegal.com
jhorne@rosenlegal.com

*Lead Counsel for Plaintiffs*

---

[1] This withdrawal shall have no effect upon the rights of the Estate as a member of the proposed class, including, but not limited to, the right to share in any recovery obtained for the benefit of class members and the right to compensation for time and expenses incurred as representative of the putative Class.

- 3 -

FARHA LAW, PLLC
Nicholas G. Farha, OBA No. 21170
1900 NW Expressway, Suite 501
Oklahoma City, OK 73118
Telephone: (405) 471-2224
nick@farhalawfirm.com

*Liaison Counsel for Plaintiffs*

WOHL & FRUCHTER, LLP
J. Elazar Fruchter, Esq.
570 Lexington Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 758-4000
jfruchter@wohlfruchter.com

*Additional Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, I electronically transmitted the attached Motion for Withdrawal of Lead Plaintiff using the ECF system for filing, which will send notification of such filing to all counsel registered through the ECF System.

*/s/Jonathan Horne*
JONATHAN HORNE