# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, et al.,<br><br>     Defendants. | Case No. 5:15-CV-00634-G |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF ONE LEAD PLAINTIFF

Having considered Lead Plaintiff Deborah Rath's Unopposed Motion for Withdrawal of One Lead Plaintiff (the "Motion"), and finding good cause therefor, the Court grants the Motion. Lead Plaintiff Deborah Rath is hereby withdrawn as Lead Plaintiff on her own behalf and on behalf of the estate of Lawrence R. Ross.

Dated:_____   _____
                       The Honorable Charles B. Goodwin