UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>                             Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT SCOTT, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO. LLC (F/K/A MORGAN STANLEY & CO INC.), MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., and RBC CAPITAL MARKETS, LLC,<br><br>                             Defendants.<br><br>SANDRIDGE ENERGY, INC.,<br><br>                             Nominal Defendant. | Case No. 5:15-CV-00634-G<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

Lead Plaintiffs the Duane & Virgina Lanier Trust, Ivan Nibur, Jase Luna, Matthew Willenbucher, and Reed Romine (collectively, "Plaintiffs") respectfully submit this notice of non-opposition to the Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (the "Motion") (Dkt. No. 461). The Motion was filed on November 16, 2021 and unopposed at the time. Furthermore, pursuant to Local Civil Rule 7.1(g), the deadline to oppose the Motion was December 7, 2021. The opposition deadline has passed, and no opposition was filed, thus the Motion remains unopposed.

Accordingly, Plaintiffs request that the Court grant the motion so that notice of the Settlement can be issued to Settlement Class Members and the Settlement can proceed to the final approval stage where the Court will weight the merits of the Settlement and determine whether the Settlement is fair, reasonable, and adequate.

| | |
|---|---|
| DATED:  May 18, 2022 | /s/ Jonathan Horne |
| | |
| | Jonathan Horne (Admitted *Pro Hac Vice*) |
| | Phillip Kim (Admitted *Pro Hac Vice*) |
| | Laurence M. Rosen (Admitted *Pro Hac Vice*) |
| | THE ROSEN LAW FIRM, P.A |
| | 275 Madison Avenue, 34th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 686-1060 |
| | Fax: (212) 202-3827 |
| | Email: jhorne@rosenlegal.com |
| | Email: pkim@rosenlegal.com |
| | Email: lrosen@rosenlegal.com |
| | |
| | *Lead Counsel for Plaintiffs* |
| | . |

Nicholas G. Farha, OBA #21170
FARHA LAW, PLLC
1900 NW Expressway, Suite 501
Oklahoma City, Oklahoma 73118
Telephone: (405) 471-2224
Facsimile: (405) 810-9901
Email: nick@farhalawfirm.com

*Liaison Counsel for Plaintiffs*

Joshua E. Fruchter (Admitted *Pro Hac Vice*)
WOHL & FRUCHTER, LLP
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: (845) 290-6818
Facsimile: (718) 504-3773
Email: jfruchter@wohlfruchter.com

*Additional Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on May 18, 2022                              /s/ Jonathan Horne
                                                      Jonathan Horne