# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DUANE & VIRGINIA LANIER TRUST**, individually and on behalf of all others similarly situated, ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No. CIV-15-634-G |
| **SANDRIDGE MISSISSIPPIAN TRUST I et al.,** ) ) ) | |
| **Defendants.** ) | |

## ORDER

Now before the Court is Plaintiffs' Unopposed Motion for Withdrawal of One Lead Plaintiff (Doc. No. 466), seeking an order permitting Deborah Rath to withdraw as one of several appointed Lead Plaintiffs in this action. The Motion states that the withdrawal of Deborah Rath will not affect the other Lead Plaintiffs or otherwise affect the prosecution of this action. *See* Mot. at 1. For good cause shown, the Motion for Withdrawal is GRANTED.

IT IS SO ORDERED this 27th day of May, 2022.

_____
CHARLES B. GOODWIN
United States District Judge