## COURTROOM MINUTE SHEET

DATE  10/06/2022

CASE NUMBER  CIV-15-634-G

Duane and Virginia Lanier Trust  -vs-  Sandridge Energy Inc et al

COMMENCED  02:08     ENDED  02:26     TOTAL TIME  18 mins

PROCEEDINGS  Settlement Hrg

JUDGE CHARLES B. GOODWIN     DEPUTY JACOB BUCKLE     REPORTER CHRISTY CLARK

PLF COUNSEL  Nick Farha, Jonathan Horne

DFT COUNSEL Mark Gimbel, Christian Word, George Corbyn

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1. _____
2. _____
3. _____
4. _____
5. _____

WITNESSES FOR DEFENDANT

1. _____
2. _____
3. _____
4. _____
5. _____

Hearing held. Order to issue.