UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CIV-15-634-G<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT

In accordance with the Order issued this same date granting final approval of the Settling Parties' Stipulation and Agreement of Settlement dated November 12, 2021 (the "Settlement Stipulation"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All of the claims asserted against Settling Defendants Tom L. Ward, Matthew K. Grubb, and James D. Bennett in the this action by Plaintiffs and the other Settlement Class Members are hereby dismissed with prejudice pursuant to the Settlement Stipulation.

2. Without affecting the finality of this Judgment in any way, this Court retains continuing exclusive jurisdiction over the Settling Parties and the Settlement Class Members for all matters relating to this action, including the administration, interpretation, effectuation or enforcement of the Settlement Stipulation and this Judgment, and including

any application for fees and expenses incurred in connection with administering and distributing the Settlement proceeds to the Settlement Class Members.

3. All Settlement Class Members are bound by this Judgment except those persons listed on Exhibit A.

ENTERED this 30th day of December, 2022.

_____
CHARLES B. GOODWIN
United States District Judge

2

3

## **EXHIBIT A**

1. Judy A. Simmons