# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, individually and on behalf of all others similarly situated, )
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:15-CV-00634-G
SANDRIDGE MISSISSIPPIAN TRUST I, et al., )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __SandRidge Energy, Inc.__
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Pamela S. Anderson          March 24, 2023
Signature                                Date

Pamela S. Anderson
Print Name

Hall, Estill, Hardwick, Golden, Gable & Nelson, P.C.
Firm

521 East 2nd Street, Suite 1200
Address

Tulsa, OK 74120
City     State     Zip Code

(918) 594-0400
Telephone

panderson@hallestill.com
Internet E-mail Address

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

[✔] I hereby certify that on **March 29, 2023**, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Pamela S. Anderson
s/ Attorney Name