IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DUANE & VIRGINIA LANIER TRUST, )
individually and on behalf of all others )
similarly situated, )
)
                     Plaintiff(s), )
)
v. ) Case No. 5:15-CV-00634-G
)
SANDRIDGE MISSISSIPPIAN TRUST I, )
et al., )
)
)
                     Defendant(s). )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __SandRidge Energy, Inc.__
(Plaintiff/Defendant)      (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ J. Kevin Hayes           March 24, 2023
Signature                                         Date

J. Kevin Hayes
Print Name

Hall, Estill, Hardwick, Golden, Gable & Nelson, P.C.
Firm

**Criminal Cases Only:**

☐ Retained or USA

521 East 2nd Street, Suite 1200
Address

☐ CJA Appointment

Tulsa, OK 74120
City        State        Zip Code

☐ Federal Public Defender

(918) 594-0400
Telephone

☐ Pro Bono

khayes@hallestill.com
Internet E-mail Address

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on March 29, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ J. Kevin Hayes
s/ Attorney Name