UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SANDRIDGE MISSISSIPPIAN TRUST I, SANDRIDGE MISSISSIPPIAN TRUST II, TOM L. WARD, JAMES D. BENNETT, MATTHEW K. GRUBB, RANDALL D. COOLEY, JIM J. BREWER, EVERETT R. DOBSON, WILLIAM A. GILLILAND, DANIEL W. JORDAN, ROY T. OLIVER, JR., JEFFREY S. SEROTA, D. DWIGHT SCOTT, RAYMOND JAMES & ASSOCIATES, INC., MORGAN STANLEY & CO. LLC (F/K/A MORGAN STANLEY & CO INC.), MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., CITIGROUP GLOBAL MARKETS INC., and RBC CAPITAL MARKETS, LLC,<br><br>      Defendants.<br><br>SANDRIDGE ENERGY, INC.,<br><br>      Nominal Defendant. | Case No. 5:15-CV-00634-G<br><br>CLASS ACTION |

**NOTICE OF PENDING MOTIONS**

Plaintiffs advise the Court that the following motions are fully briefed and awaiting a decision: Plaintiffs' Motion for Class Certification (dkt. no. 169, fully briefed August 6, 2018, argued September 6, 2019)[1]; SandRidge Mississippian Trust I's Motion for Summary Judgment (dkt. no. 360, fully briefed September 22, 2020), and Plaintiffs' Unopposed Motion for Disbursement of Funds (dkt. no. 483, fully briefed March 23, 2023).

DATED: January 22, 2024

Respectfully submitted,

FARHA LAW, PLLC
Nicholas G. Farha, OBA No. 21170


       /s/Nicholas G. Farha
Nicholas G. Farha


1900 NW Expressway, Suite 501
Oklahoma City, OK 73118
Telephone: (405) 471-2224/ F: (405) 810-9901
nick@farhalawfirm.com

*Liaison Counsel for Plaintiffs*


THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (admitted *pro hac vice*)
Phillip Kim (admitted *pro hac vice*)
Jonathan Horne (admitted *pro hac vice*)

---

[1] As well as two associated motions, Plaintiffs' Motion to Strike (dkt. no. 236, fully briefed September 4, 2018) and Defendants motion to strike (dkt. no. 245, fully briefed September 11, 2018).

275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
lrosen@rosenlegal.com
pkim@rosenlegal.com
jhorne@rosenlegal.com

*Lead Counsel for Plaintiffs*

WOHL & FRUCHTER, LLP
J. Elazar Fruchter, Esq.
570 Lexington Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 758-4000
jfruchter@wohlfruchter.com

*Additional Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, a true and correct copy of the foregoing NOTICE OF PENDING MOTIONS was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Executed on January 24, 2024          /s/ Nicholas G. Farha
                                     Nicholas G. Farha