# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DUANE & VIRGINIA LANIER TRUST, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SANDRIDGE ENERGY, INC., et al.,**<br><br>**Defendants.** | Case No. CIV-15-634-G |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**COMES NOW** the Defendant, Sandridge Energy, Inc. ("SandRidge"), and moves this Court to substitute Brian T. Inbody of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., for attorney Herbert Beigel in the above-referenced matter. In support of this Motion, SandRidge states:

1. Mr. Beigel was admitted *pro hac vice* to practice in this case as counsel for SandRidge on September 18, 2019.

2. Mr. Beigel is pursuing other matters and no longer represents SandRidge. He has requested to withdraw as counsel of record for SandRidge.

3. In addition to Mr. Inbody, SandRidge will continue to be represented by J. Kevin Hayes, Pamela S. Anderson, and Aaron C. Tifft of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., as well as other counsel who have heretofore entered an appearance for SandRidge and have not otherwise terminated their representation.

4. No party will be prejudiced by this withdrawal.

5. SandRidge is authorized to state that Mr. Beigel does not object to the relief requested herein.

WHEREFORE, SandRidge respectfully requests the Court enter an Order allowing Mr. Beigel to withdraw from representation in this case and permitting Mr. Inbody to act in his place.

                                            Respectfully submitted,

/s/ *Pamela S. Anderson*
J. Kevin Hayes, OBA # 4003
Pamela S. Anderson, OBA # 11613
Brian T. Inbody, OBA #17188
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
521 E. 2nd Street, Suite 1200
Tulsa, OK  74120
Telephone: (918) 594-0400
Facsimile:  (918) 594-0505
Email: khayes@hallestill.com
Email: panderson@hallestill.com
**ATTORNEYS FOR DEFENDANT, SANDRIDGE ENERGY, INC**.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

 *s/ Pamela S. Anderson*_____
Pamela S. Anderson
