UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DUANE & VIRGINIA LANIER TRUST**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **SANDRIDGE MISSISSIPPIAN TRUST I et al.**, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-15-634-G |

## JUDGMENT

In accordance with the Court's Orders of January 18, 2019, and September 11, 2025,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant SandRidge Mississippian Trust I on all claims raised against this defendant by the Consolidated Amended Complaint (Doc. Nos. 78, 120).

IT IS FURTHER ORDERED AND ADJUDGED that all remaining claims against nominal defendant SandRidge Energy, Inc. are dismissed with prejudice.

ENTERED this 11th day of September, 2025.

_____
CHARLES B. GOODWIN
United States District Judge

1